UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

EMMANUEL B. SMITH, JR.,

      Petitioner,

v.

2003 NOV 25  A 8: 19

PRISONER

'S DISTRICT COURT
HARTFORD CT

Case No. 3:03cv676 (RNC)

JOHN TARASCIO, ET AL.,

      Respondents.

### NOTICE TO PETITIONER

As a result of the court's recent ruling, petitioner has been given the option of (1) withdrawing his unexhausted claims and proceeding on the exhausted claim only, or (2) having the court dismiss all the claims without prejudice. The purpose of this notice is to provide petitioner with more information concerning his options.

Petitioner is hereby notified that if he withdraws the unexhausted claims in order to proceed on the exhausted claim at this time, with the intention of presenting the unexhausted claims to this court after they have been exhausted, he will run the risk that any such subsequent petition presenting those claims might be subject to dismissal as a second or successive petition. See 28 U.S.C. § 2244(b). If, on the other hand, he chooses to have the court dismiss all the claims in the petition without prejudice, there will be no such risk.

So ordered this 24th day of November, 2003, at Hartford, Connecticut.

_____
Robert N. Chatigny
United States District Judge