1 of 2 pages

Date 12-1-03

Dear Honorable Robert N. Chatigny, United States District Judge,

Hellow, I'm writing this letter to further show how deception is taken place. I've sent with this letter to you a response by the prosecuting attorney for the case your presently looking over. In his grievance response he states that which I was convicted of, which is possession of narcotics. Also in his response he states the case was remanded for trial which is not the case it states specifically. The judgment is reversed and the case is remanded for further proceedings according to law. Now according to law-connecticut general statutes section 54-96-Appeals by the state from superior court in criminal cases. Double jeopardy dose not attach as long as a retrial is not required in the event the state prevails in its appeal. 178 C. 450 cited 452, cited, 181 C. 284, 285, cited, 187 C. 109, 111, 117, cited, 188 C. 183, 184. cited. Id., 626, 627. Now on this issue I can show how I've been subjected to double jeopardy, but in your order you state where you stand on the issue, but all I stated it for was to show the use of deceit that is taken place in my case.

In addition that which is attached is police report, copy of State v. Smith, 257 Conn. 216, Stamford Hospital report, mittimus that show some of the deceit stated previously. Also attached are same of the transcripts from dates 4-1-99, 4-6-99, 4-7-99.

Honorable Robert N. Chatigny, I have never had a

Fair - just - equitable dealing with the state's prosecution nor the states superior court, except the one time I went to sentence Review court, and they took away my sexual assault sentence out of Norwalk court G.A. 20. Even on that charge the Norwalk court said it was sexual assault third and then said fourth degree, but as previously stated it was never fair, all that matter was winning at all costs, not one time was I allowed to prove my case except for the time at sentence Review court. One can look at the transcripts and see how unfair this case was for me. These are some of the reason as to why I fight so hard for my freedom.

Honorable Robert N. Chatigny, United State's District Judge, all I'm asking for is a fair and just chance at defending my freedom!!!!!! Also more information about this case can be obtain through my appeal attorney Neal Cone, office of chief public Defender, 2911 Dixwell Ave, 4th Floor, Hamden, CT 06518. (203) 867-6150.

Thank you for your time in this matter, respectfully requested, and submitted,

Emmanuel Smith
petitioner



# State of Connecticut
DIVISION OF CRIMINAL JUSTICE

OFFICE OF THE STATE'S ATTORNEY
STAMFORD- NORWALK JUDICIAL DISTRICT

123 HOYT STREET
STAMFORD, CT 06905
TELEPHONE: (203) 965-5215
FAX NUMBERS:
PART A  -  (203) 965-5791
PART B  -  (203) 965-5793

DAVID I. COHEN
STATE'S ATTORNEY

March 13, 2003

Stamford/Norwalk Grievance Panel
c/o Attorney Stephen J. Conover
P.O. Box 2044
Norwalk, CT 06852

RE: GRIEVANCE COMPLAINT #02-0882, SMITH V. WEISS

Dear Attorney Conover:

I have reviewed Mr. Smith's rambling and somewhat incoherent complaint. I gather that his complaint is that:
1. Evidence that was previously suppressed should not have been admitted against him at trial.
2. He should not have been tried after there had been a previous court hearing (citing "double jeopardy").
3. Admitting his personal papers against him at trial violated his 5th amendment rights
4. He claims a conspiracy between his attorney and the prosecutor's office.

The following facts are significant with regard to his claims:
*Judge Rodriguez had in fact suppressed the drugs in a hearing in Norwalk.
*Following a State's appeal the State Supreme Court reversed Judge Rodriguez and remanded the case for trial (see State v. Smith, 257 Conn. 216, copy attached).
*I tried the case on remand for the State before Judge Kavanewsky. Mr. Smith was convicted of Possession of Narcotics (he was acquitted of the more serious charge of possession with intent to sell).
*Mr. Smith is appealing that conviction.
*All of the issues raised by Mr. Smith are properly issues for appeal...not a grievance....except of course the claim of a conspiracy.

Regarding the claim that the State conspired with defense counsel, I of course deny any such thing. Further, Mr. Smith was vigorously defended by his attorney and was in fact acquitted of the most serious charge.

If you require any more information from me please do not hesitate to contact me at my office.

Sincerely,

Steven G. Weiss
Supervisory Assistant State's Atty.

STATE OF CONNECTICUT
SUPERIOR COURT

Continuance Mittimus - Failure to Meet Conditions of Release
JD-CR-38A    1/93

Page: 1

TO: ANY PROPER OFFICER

Docket Number: 620N-CR98-0124871-T
Defendant Name: SMITH EMMANUEL B JR

DOB: 11/09/1969
Race: B    Sex: M

Committing Court: GA 20 COURTHOUSE
17 BELDEN AVENUE
NORWALK, CT 06850 3318

Charges Pending as of Mittimus Date:                                Offense Date:

    21a-279(a)      POSSESSION OF NARCOTICS           F U    08/26/1998
    21a-278(a)      SALE OF CERTAIN ILLEGAL DRUGS     F U    08/26/1998
    21a-278a(b)     CNT SUB WI 1500' SCH/HSG/DY CR    F U    08/26/1998
    53a-167a        INTERFERE WITH OFFCR/RESISTING    M A    08/26/1998

Special Conditions:

Whereas it is ordered that said case be continued and/or transferred for future proceedings before said court to be held at the court location shown above or at (clerk to complete address of court if different):

Amount of Bond: $100000 SE            Next Hearing Date: 04/01/1999

BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to deliver said defendant to the custody of the Commissioner of Correction and said Commissioner is hereby commanded to receive and keep said defendant for the period fixed by said order or until legally discharged.

Signed:                                    Date: 3·31·99

Receiving Facility Time Stamp

Signature of Receiving Officer:

STATE OF CONNECTICUT
SUPERIOR COURT

Continuance Mittimus - Failure to Meet Conditions of Release
JD-CR-38A    1/93

Page: 1

TO: ANY PROPER OFFICER

Docket Number: S20N-CR98-0124871-T
Defendant Name: SMITH EMMANUEL B JR

DOB: 11/09/1969
Race: B    Sex: M

Committing Court: GA 20 COURTHOUSE
17 BELDEN AVENUE
NORWALK, CT 06850 3318

Charges Pending as of Mittimus Date:                               Offense Date:

21a-279(a)      POSSESSION OF NARCOTICS           F U    08/26/1998
21a-278(a)      SALE OF CERTAIN ILLEGAL DRUGS     F U    08/26/1998
21a-278a(b)     CNT SUB WI 1500' SCH/HSG/DY CR    F U    08/26/1998
53a-167a        INTERFERE WITH OFFCR/RESISTING    M A    08/26/1998

Special Conditions:

Whereas it is ordered that said case be continued and/or transferred for future proceedings before said court to be held at the court location shown above or at (clerk to complete address of court if different):

Amount of Bond: $100000 SE        Next Hearing Date: 04/06/1999

BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to deliver said defendant to the custody of the Commissioner of Correction and said Commissioner is hereby commanded to receive and keep said defendant for the period fixed by said order or until legally discharged.

Signed: _____        Date: 4-1-99

Receiving Facility Time Stamp

Signature of Receiving Officer: _____     99 MAR 32 PM 5 32

STATE OF CONNECTICUT
SUPERIOR COURT

Continuance Mittimus - Failure to Meet Conditions of Release
JD-CR-38A   1/93

Page: 1

TO: ANY PROPER OFFICER

Docket Number: SBON-CR98-0124871-T
Defendant Name: SMITH EMMANUEL B JR

DOB: 11/09/1969
Race: B   Sex: M

Committing Court: GA20 COURTHOUSE
17 BELDEN AVENUE
NORWALK, CT 06850 3318

Charges Pending as of Mittimus Date:                                    Offense Date:

| | | | |
|---|---|---|---|
| 21a-279(a) | POSSESSION OF NARCOTICS | F U | 08/26/1998 |
| 21a-278(a) | SALE OF CERTAIN ILLEGAL DRUGS | F U | 08/26/1998 |
| 21a-278a(b) | CNT SUB WI 1500' SCH/HSG/DY CR | F U | 08/26/1998 |
| 53a-167a | INTERFERE WITH OFFCR/RESISTING | M A | 08/26/1998 |

Special Conditions:

Whereas it is ordered that said case be continued and/or transferred for future proceedings before said court to be held at the court location shown above or at (clerk to complete address of court if different):

Amount of Bond: $100000 SE        Next Hearing Date: 04/07/1999

BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to deliver said defendant to the custody of the Commissioner of Correction and said Commissioner is hereby commanded to receive and keep said defendant for the period fixed by said order or until legally discharged.

Signed: _____        Date: 4/6/99

Receiving Facility Time Stamp

Signature of Receiving Officer: _____

STATE OF CONNECTICUT
SUPERIOR COURT

Continuance Mittimus - Failure to Meet Conditions of Release
J-CR-38A   1/93
Page: 1

TO: ANY PROPER OFFICER

Docket Number:      S01S-CR98-0124871-0
Defendant Name:     SMITH EMMANUEL B JR                    DOB: 11/09/1969
                                                           Race: B   Sex: M
Committing Court:   GA 01 COURTHOUSE
                    123 HOYT STREET
                    STAMFORD, CT 06905 5794

Charges Pending as of Mittimus Date:                       Offense Date:

    21a-279(a)      POSSESSION OF NARCOTICS           F U  08/26/1998
    21a-278(a)      SALE OF CERTAIN ILLEGAL DRUGS     F U  08/26/1998
    21a-278a(b)     CNT SUB WI 1500' SCH/HSG/DY CR    F U  08/26/1998

*[handwritten: Revised Mitt]*

Special Conditions:

Whereas it is ordered that said case be continued and/or transferred fo:
future proceedings before said court to be held at the court location shown
above or at (clerk to complete address of court if different):

    Amount of Bond:  $35000 SE           Next Hearing Date: 01/31/2003

BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to
deliver said defendant to the custody of the Commissioner of Correction and
said Commissioner is hereby commanded to receive and keep said defendant fc
the period fixed by said order or until legally discharged.

Signed: _____                          Date: 1/23/03

                                        Receiving Facility Time Stamp

Signature of Receiving Officer:

JP CT JDCR 701 DP REV. 8/90

SUPERIOR COURT

DOB: 11/09/1969

DISPOSITION DATE:

ORIGINAL INFORMATION:   YES   COURT DATE: 08/27/1998   AT: GA01 — STAMFORD

DOCKET NO.: CR98-0124871-S

The undersigned, Deputy Assistant State's Attorney of the Superior Court or the State of Connecticut, in said Geographical Area, on his oath of office complains, deposes, and alleges that he has reason to believe and does believe that

SMITH EMMANUEL B JR
87 MYANO LN, STAMFORD, CT 00000

**Did commit the crimes recited below:**

Count: 001   POSSESSION OF NARCOTICS   Type/Class: F/U   At: STAMFORD
On or About: 08/26/1998                In Violation Of CGS/PA No: 21a-279(a)

Count: 002   SALE OF CERTAIN ILLEGAL DRUGS   Type/Class: F/U   At: STAMFORD
On or About: 08/26/1998                In Violation Of CGS/PA No: 21a-278(a)

Count: 003   CNT SUB WI 1500' SCH/HSG/DY CR   Type/Class: F/U   At: STAMFORD
On or About: 08/26/1998                In Violation Of CGS/PA No: 21a-278a(b)

| X SEE OTHER SHEETS FOR ADDITIONAL COUNTS | DATE | SIGNED (DEPUTY ASST. STATES ATTORNEY) |
|---|---|---|

**COURT ACTION**

xxxxxx

001

002

003

COPY

*and these charges run on sentencing*
*Copy # H35*

# INFORMATION
JD-CR-71 Rev. 2-96

**STATE OF CONNECTICUT**
**SUPERIOR COURT**

DISPOSITION DATE

## TITLE, ALLEGATION AND COUNTS

**STATE OF CONNECTICUT VS.** (Name of accused)
SMITH, EMMANUEL B. JR.

**G.A. NO.** 1
**DOCKET NO.** CR98-0124871-S

The undersigned Deputy Assistant State's Attorney of the Superior Court of the State of Connecticut on oath of office complains, deposes, and alleges that said Deputy Assistant State's Attorney has reason to believe and does believe that:

**ADDRESS:** 87 MYANO LANE, STAMFORD, CT.

**TO BE HELD AT** (Town): STAMFORD

**COURT DATE:**

| CONTINUED TO | PURPOSE | REASON |
|---|---|---|

**FIRST COUNT - DID COMMIT THE OFFENSE OF**
POSSESSION OF NARCOTICS

**AT** (Town): STAMFORD
**ON OR ABOUT** (Date): 8/26/98
**IN VIOLATION OF GENERAL STATUTE NO.** 21a-279 (a)

**SECOND COUNT - DID COMMIT THE OFFENSE OF**
POSESSION OF NARCOTICS WITH INTENT TO SELL

**AT** (Town): STAMFORD
**ON OR ABOUT** (Date): 8/26/98
**IN VIOLATION OF GENERAL STATUTE NO.** 21a-278 (a)

**THIRD COUNT - DID COMMIT THE OFFENSE OF**
POSS. OF NARC. WITHIN 1500 FT. OF HOUSING PROJECT

**AT** (Town): STAMFORD
**ON OR ABOUT** (Date): 8/26/98
**IN VIOLATION OF GENERAL STATUTE NO.** 21a-278a (b)

☐ SEE OTHER SHEET(S) FOR ADDITIONAL COUNTS
**DATE:** 11/21/02
**SIGNED** (Deputy Asst. State's Attorney): [signature]

---

**DEFENDANT ADVISED OF RIGHTS BEFORE PLEA**
(JUDGE) _____ (DATE) _____
☐ ATTORNEY ☐ PUB. DEFENDER ☐ GUARDIAN

**BOND:** _____ **SURETY:** _____ ☐ 10% ☐ CASH
**BOND CHANGE:** _____
**ELECTION** (Date): ☐ CT ☐ JY
**SEIZED PROP. INVENTORY NO.:**

| COUNT | PLEA DATE | PLEA | PLEA WITHDRAWN DATE | NEW PLEA | VERDICT FINDING | FINE | REMIT | ADDITIONAL DISPOSITION |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | $ | $ | |
| 2 | | | | | | $ | $ | |
| 3 | | | | | | $ | $ | |

| DATE | OTHER COURT ACTION | JUDGE |
|---|---|---|
| | | |

**RECEIPT NO.:** _____
**COST:** ☐ IMP ☐ NCI
**BOND INFORMATION:** ☐ BOND FORFEITED ☐ FORFEITURE VACATED ☐ FORFEITURE VACATED AND BOND REINSTATED

**APPLICATION FEE - RECEIPT NO. IF PAID:** _____ CIRCLE ONE W I Q
**PROGRAM FEE - RECEIPT NO. IF PAID:** _____ CIRCLE ONE W I Q
**PROBATION FEE - RECEIPT NO. IF PAID:** _____ CIRCLE ONE W I Q

**STATE'S ATTORNEY ON ORIGINAL DISPOSITION:** _____
**REPORTER/MONITOR ON ORIG. DISP.:** _____
**SIGNED** (Clerk): _____
**SIGNED** (Judge): _____

# STAMFORD POLICE DEPARTMENT
## INCIDENT REPORT

| | | |
|---|---|---|
| INCIDENT # | | 98 08 26 0226 |
| INCIDENT CODE | 18 | |
| INVESTIGATING OFFICER | Narcotics Unit | |
| OPER. LIC. OR S.S. | | 5373 |

**TYPE OF INCIDENT:** narcotics investigation
**LOCATION OF INCIDENT:** 186 Greenwich Ave.
**DATE REPORTED:** 08/26/98
**TIME REPORTED:** Court

### PERSONS

| STATUS | LAST NAME | FIRST NAME | SEX | RACE | HT | WT | DOB | TELEPHONE | ADDRESS |
|---|---|---|---|---|---|---|---|---|---|
| C | Smith | Marlene | F | Bl | 10 | | 2954 | 348-1625 | 77 Richmond Hill Ave., Stamford, Ct. |

### ARRESTS

| | LAST NAME | FIRST NAME | SEX | RACE | HT | WT | DOB | | ADDRESS |
|---|---|---|---|---|---|---|---|---|---|
| ARREST 1 | SMITH Jr. | Emmanuel | m | Bl | | | 11/09/69 | | 87 Myano Lane, Stamford |

**CHARGE 1:** see body of report

### PROPERTY

### REPORT DETAILS

1. Wednesday, August 26, 1998, 1215 hrs./ Officers Larry Eisenstein, Douglas Robinson, Wayne Scutari
2. Investigating Officers
3. On the above time and date, the above members of the Stamford Police Department Narcotics and
4. Organized Crime Unit received information from a confidential informant who has proven reliable on
5. at least ten prior occasions providing the Officers with information pertaining to narcotics
6. activity which resulted in arrests and convictions and the seizure of quantities of narcotics and
7. cash. The c/i stated that there was a vehicle parked in the parking lot at the front of 186
8. Greenwich Ave. which contained an unspecified quantity of crack cocaine. That the drugs were being
9. kept there by a Black male who had just arrived at the location in the company of a female who the
10. female knows as "Marlene". That the c/i further stated that the female, "Marlene" was in possession
11. of an additional amount of crack cocaine which she now held in her right front pants pocket.
12. The c/i described the male suspect as being approx. 6 feet tall, over 200 pounds, muscular build.

**Stamford Police Department**
**INCIDENT REPORT NARRATIVE SUPPLEMENT**

| CHECK IF: ☐ SUPPLEMENTARY REPORT ☐ FINGERPRINTS | TIME REPORTED | DATE REPORT SUBMITTED 08/26/98 | TYPE OF INCIDENT narcotics investigation | LOCATION OF INCIDENT | ST. NO. | STREET NAME 186 Greenwich Ave. | INCIDENT CODE 18 | INVESTIGATING OFFICER Narcotics Unit | APT. NO./LOCATION | INCIDENT # | YEAR 98 | MO 08 | DAY 26 | EMPLOYEE NUMBER 5373 | | 012126 |

1. The Officers arrived at the scene and set up a surveillance of the vehicle which was parked in the
2. lot and unoccupied. At approx. 1230 hrs., the Officers observed a Black male who fit the descript
3. given by the c/i regarding the Black male suspect. The Officers observed the male walk to the
4. CT. reg. 679-MBX.
5. mustache and beard, and wearing a black tee shirt, blue jeans and sneakers. The c/i described the
6. vehicle as being a gray colored 2 door Oldsmobile Cutlass with a blue half vinyl top and bearing
7. driver side of the vehicle and open the door with a key which he had in his right hand.
8. The Officers then observed the male lean into the front driver side of the vehicle and reach down
9. toward the front driver side floor. The suspect then raised up and out of the vehicle and closed
10. and locked the door. At this time the Officers moved in. The suspect observed the presence of th
1. e officers and began to flee on foot in the direction of Pulaski St. The Officers pursued the suspe
2. ct into a fenced in area owned by O&G Corp. a concrete supply company. The area is fenced in and the
3. Officers were able to corner the suspect by a fence which borders the Rippowam River.
4. Upon attempting to take the suspect into custody, the suspect, now recognized by Officers Eisenste
5. in and Scutari as Emmanuel SMITH began to fight with the Officers.
6. During the course of the struggle, SMITH sustained a small laceration to his forehead at the front
7. of the scalp. The area is littered with construction debris and SMITH may have struck his head
8. at some point. The Officers were able to subdue SMITH and handcuff him at which time the Officers
9. returned to the vehicle with SMITH. SMITH is known to the Officers from previous narcotics arrest
10. s where SMITH fought with the Officers on that occasion as well.
1. The Officers took the car keys to the vehicle and opened the vehicle. Officer Scutari checked the
2. front seat of the vehicle and found a Fleet Bank statement in the name of Emmanuel SMITH. Officer
3. Scutari also found a Fleet checkbook in the locked glove box which was in the name of Emmanuel
4. SMITH. Officer Eisenstein checked under the floor mat on the floor of the driver side of the
5. vehicle and found a small clear plastic wrapper from a cigarette package which contained eleven
6. small yellow colored plastic zip lock bags each of which contained a tan rocklike substance

REVIEWED BY SUPERV. [signature]
INVESTIGATING OFFICER'S SIGNATURE [signature] SHIFT COM. [signature]

FOLLOW-UP ACTION BY: ☐ INVESTIGATOR ☐ JUVENILE OFFICER    ☐ UNIFORM ☐ NONE
REQUEST COPY BE SENT TO:

# Stamford Police Department
## INCIDENT REPORT NARRATIVE SUPPLEMENT

| CHECK IF: | DATE REPORT SUBMITTED | TYPE OF INCIDENT | LOCATION OF INCIDENT | INCIDENT # | | | | |
|---|---|---|---|---|---|---|---|---|
| ☑ SUPPLEMENTARY REPORT ☐ FINGERPRINTS | 08/26/98 | narcotics investigation | 186 Greenwich Ave. | INCIDENT CODE 18 | INVESTIGATING OFFICER Narcotics Unit | YEAR 98 | MO 08 | DAY 26 |
| TIME REPORTED | | | ST. NO. / STREET NAME | | | APT. NO. / LOCATION | EMPLOYEE NUMBER 5373 | |

which the Officers know from training and experience resembles crack cocaine packaged for street sale in ten dollar bags. SMITH was searched incident to the arrest and the Officers found a pager and $93.00 cash on his person. The accused was transported to Police HQ where he was advised of his Miranda warnings, booked and placed in a cell. Bond was set at $50,000.00 by Lt. Conklin.

1. Prior to being transported to HQ, the accused complained of being diabetic and he requested treatment. The accused was taken to Stamford Hospital where he was checked by a physician.
2. It was determined that SMITH's sugar level was normal and that the cut on his head was of a superficial nature. The accused was treated and released.
3. The approx. 1.7 grams of suspected crack cocaine was field tested by using a Valtox Field Test Kit and when the sample was introduced with the reagent, the sample yielded a positive reaction for the presence of cocaine. All items seized were processed as evidence and turned over to Property.
4. It was determined that SMITH is presently on probation for other offenses and that he is under the supervision of Probation Officer William Anselmo. The Officers left a message with Probation to contact the Officers concerning Emmanuel SMITH.
5. While at the scene, Officer Eisenstein, spoke with Marlene Smith who the Officer observed standing at the front of 186 Greenwich Ave. at the time of this arrest. The Officer knows Marlene Smith from previous arrests for narcotics and weapons charges. The Officer asked Marlene Smith if she had been in the company of Emmanuel SMITH and she stated that he had picked her up in the aforementioned vehicle at the front of Roundtree's Variety on Stillwater Ave. and that he drove her to 186 Greenwich Ave. That he came into an apt. with her and then walked back to his vehicle when he was then involved with the police. The Officers had female Officer Jennifer Pinto check Marlene Smith for narcotics based on the c/i information but no drug evidence was recovered from her person. Marlene Smith was then released.
6. The site of the arrest 186 Greenwich Ave. is a housing complex for the elderly owned and operated by the City of Stamford Housing Authority.