**Stamford Police Department**
**INCIDENT REPORT NARRATIVE SUPPLEMENT**

CHECK IF: ☐ SUPPLEMENTARY REPORT ☐ (other)

INCIDENT #: 98-68027
TYPE OF INCIDENT: IPO
DATE REPORT SUBMITTED: 08/26/98
LOCATION OF INCIDENT: Hawkins / Greenwich / Pulaski
INCIDENT CODE: 15
INVESTIGATING OFFICER: Ofc Howard
EMPLOYEE NUMBER: 9370

ENROUTE up to Greenwich

WED Aug 26 98 weather clear at approx 1pm

w/o Cars 13, Zone 1-3 and Ofc Howard Car 17 Zone 1-4 was dispatched to Greenwich and Pulaski to assist the was squad on an arrest upon arrival unit 513 (WBC squad) stated that they needed a marked car for a prisoner transport to SPD back to Prisoner Emmanuel Smith was placed in Car 17 Smith's footwear was a small cut on it off route with transporting Smith to SPD who Smith advised Ofc Howard(?) causes dispatch was a dispatch and advised to go to the hospital. Ofc Howard will the prisoner via radio that he was going to the Stamford Hospital. Unit Bravo(?) The c/o Ofc Howard not see squad went to Stamford Rd. on scene. Smith was given medical attention black eye/ear verbal at appx 3pm Smith
2. Butterfly stitches applied, Smith was released back to HQ + Booked
was brought to HQ + Booked.

INVESTIGATING OFFICERS SIGNATURE: [signature]
BADGE #: 9370
REVIEWED BY SUPV: [signature]

# INVENTORY OF PROPERTY SEIZED WITHOUT A SEARCH WARRANT

JD-CR-16 Rev. 3-96
C.G.S. §§ 21a-262, 26-85, 26-90, 54-36a, 54-36g, 54-36h

**PART A**
COURT DOCKET NO.

**PART B**
COURT DOCKET NO. CR

**FOR P.D. USE ONLY**
☐ WARRANT APPLIED FOR
☐ TO COURT

### INSTRUCTIONS
1. Do not use this form if a search warrant is used.
2. Original must be filed with the Clerk of Court.
3. In the case of an arrest, file with uniform arrest report.
4. Last copy for Police Department use.

☐ To Court
☐ Destroy – No Value
☐ Case Pending
☐ Return to Owner
☐ Prisoner's
☐ Juvenile

TO THE SUPERIOR COURT AT (Address of court)
G.A. No. 1 — 115 Hoyt Street, Stamford, CT.

UNIFORM ARREST REPORT NO.

| COURT APPEARANCE DATE | ARREST | POLICE CASE/RECEIPT NO. | COMPANION CASE NO. |
|---|---|---|---|
| 09-08-98 | ☒ MADE ☐ PENDING | 98-08-26-0226 | |

**NAME, ADDRESS AND TEL. NO. OF DEFENDANT(S)/SUBJECT(S)**
1. Smith, Emmanuel
2. 87 Myano Lane, Stamford, CT
3.

**NAME, ADDRESS AND TEL. NO. OF COMPLAINANT(S)/OWNER(S)**
1. Stamford Police Dept.
2. 805 Bedford Street, Stamford, CT.
3.

**TYPE OF INCIDENT:** Narcotics investigation

**TOWN OF SEIZURE:** Stamford
**DATE OF SEIZURE:** 08-26-98
**TYPE OF PROPERTY:** ☐ STOLEN ☒ EVIDENCE ☐ LOST/FOUND ☐ INVESTIGATION

The following property was seized, in connection with a criminal case: (Describe type, color, serial number, etc.)

**PROPERTY SEIZED**

1. One (1) white K.I.T. pager, with a silver colored chain attached.
2. One (1) set of keys with a nail clipper attached, containing four individual keys.
3. One (1) fleet check book, under the name of Emmanuel B. Smith Jr., containing five (5) transaction receipts.
4. One (1) Dleet Bank Statement of Accounts sheet, under the name Emmanuel B. Smith
5. One clear plastic bag containing Eleven (11) yellow colored "Body bags", containing suspected 'Crack' cocaine. Total approx. WT: 1.7 grams.
6. $93.00 Dollars in U.S. Currency (3-10's, 9-5's, & 18-1's)
9. *************************NOTHING FOLLOWS*************************
10.
11.
12.

If cash money was seized, enter total amount here ▶ **TOTAL AMOUNT OF CASH:** $93.00

| SIGNED (Police Officer) | (Title) | DATE | DEPARTMENT |
|---|---|---|---|
| D. Robinson | P.O. | 08-26-98 | Stamford P.D. |

**PROPERTY ROOM USE ONLY**

EVIDENCE PHOTOGRAPHED ☐ NO ☐ YES   DATE   REMARKS

| DATE OUT | REASON | BY | DATE RETURNED |
|---|---|---|---|
| | | | |

(over)   INVENTORY OF PROPERTY SEIZED

| NAME OF ACCUSED | HENRY/FPC | 9031659 |
|---|---|---|
| Smith, Emmanuel B. Jr. | | |
| NO., STREET, CITY AND STATE | | COMPANION U.A.R. NO. |
| 87 Myano Ln, Stamford CT | | |
| SEX: M | RACE: B | D.O.B.: 11/09/69 | PLACE OF BIRTH: Brooklyn, NY | SOCIAL SECURITY NO. | HT: 6'0" | WT: 220 | HAIR: BLK | EYES: B'n | DOCKET NO. |
| OPERATOR'S LICENSE NO.: 116321784 | STATE: CT | ALIEN REG. NO. | ALIAS/MAIDEN NAME | DATE AND TIME ARRESTED: 08/26/98 1330 |
| ☐ SURETY ☐ DETAINED | AMOUNT OF BOND: $50,000 | ☐ CASH ☐ OTHER | COMMERCIAL/HAZ. MAT. ☐ CDL ☐ CV ☐ HM | PLACE OF ARREST: STAMFORD | LOCATION OF OFFENSE: STAMFORD |

CHARGE(S) AND STATUTE NO.
Poss. Narc. 21a-279(a) / Interfering P.O. 53a-167a
Poss. Narc. W.I.T.S. 21a-278(b)
Poss w/in 1500' Pub. House 21a-278a(b)

F.V. ☐  ALC. ☐  NAR. ☑
COURT DATE: 09-08-98    S.P.B.I. NO.
A. NO.: S01S    DATE FINGERPRINTED: 08/26/98    F.B.I. NO.

ARRESTING OFFICER: Scutari / Eisenstein (Robinson)   SHIELD NO.: 406 / 5373/9220
SIGNATURE OF ACCUSED: X E. Smith
SIGNED, OFFICIAL TAKING PRINTS

CONTRIBUTOR/ORI: STAMFORD P.D.
P.D. ID NO.: 0135
P.D. CASE NO.: 98-0826-0226
NOTE AMP

**UNIFORM ARREST REPORT**                                   COURT - ORIGINAL

# Stamford Police Department
## INCIDENT REPORT NARRATIVE SUPPLEMENT

**CHECK #:** SUPPLEMENTARY REPORT
**TIME REPORTED:**
**DATE REPORT SUBMITTED:** 08/26/98
**TYPE OF INCIDENT:** narcotics investigation
**LOCATION OF INCIDENT:** 186 Greenwich Ave.
**INCIDENT CODE:** 18
**INCIDENT #:** 98 08 26 0226
**EMPLOYEE NUMBER:** 5373
**INVESTIGATING OFFICER:** Narcotics Unit

Arrested: SMITH, Emmanuel B. Jr.

Charges : Possession Narcotics 21a-279a
Possession Narcotics with intent to sell 21a-278b
Possession Narcotics within 1500 ft. Public Housing 21a-278a(b)
Interfering with Police 53a-167a

Address : 87 Myano Lane, Stamford, Ct.
DOB : 11/09/69
Bond : $50,000.00
Court : 09/08/98

Mugged and printed by Officer Martinez.t

BADGE: 5373




POLICE DEPARTMENT

CITY OF STAMFORD, CONNECTICUT 06901-1194

## AFFIDAVIT FOR ARREST WITHOUT WARRANT

I, the undersigned, a regular member of the STAMFORD POLICE DEPARTMENT, having been duly sworn, deposes and says:

That I am the police officer who prepared the attached police report;

Arrest/Incident Number(s) __98-0826-0226__ for the arrest of __SMITH, EMMANUEL JR.__ on __WEDNESDAY__ __8-26-98__ __1230__.
Name of Accused          Day       Date      Time

That the information contained therein was secured as a result of:

(X) 1) My personal observation and knowledge;

or

(X) 2) Information relayed to me by other members of my police department, or of another organized law enforcement agency;

or

(X) 3) Information secured by myself or another member of an organized law enforcement agency, from the person(s) named or identified therein, as indicated in the attached report.

That the report is an accurate statement of the information so received by me.

_____
Signature of Affiant

Subscribed and sworn to, before me this __26th__ day of __August__ 19__98__.

_____
Notary
(1-24 C.G.S.)

STAMFORD POLICE DEPARTMENT INVENTORY

| INCIDENT NO. | 9 | 8 | 0 | 8 | 2 | 6 | 0 | 2 | 2 | 6 | LOCKER NO. | | |

| OWNER/FINDER | | ACCUSED | |
|---|---|---|---|
| NAME | | NAME | Smith, Emmanuel |
| ADDRESS | | ADDRESS | 87 Myano Lane |
| CITY/STATE | | CITY/STATE | Stamford, CT |

### DESCRIPTION OF ITEMS INVENTORIED

1. One white K.I.T. pager with a silver colored chain attached.

2. One (1) set of keys with nail clipper attached, containing four individual keys.

3. One (1) Fleet check book, under the name Emmanuel B. Smith, JR., containing five (5) transaction receipts.

4. One (1) Fleet Bank Statement of Accounts sheet, under the name Emmanuel B. Smith.

*****************************************NOTHING FOLLOWS*****************************************

| DATE | TIME | FOUND ( ) EVIDENCE (X) STATE SHEET ( ) |
|---|---|---|
| 08 26 98 | 1 2 3 0 | SIGNATURE: P.O. D. Robinson |
| EMPLOYEE NO. | 9 2 2 0 | *P.O. D. Robinson* (signature) |

| | DATE | TIME | RECEIVER | LOCATION |
|---|---|---|---|---|
| FOR | | | | |

### EVIDENCE MOVEMENT CODES

INTERNAL:
1 - STAMFORD COURT
2 - JUVENILE COURT
3 - STATE LAB
4 - STAMFORD LAB
5 - STATE POLICE LAB

FINAL DISPOSITION:
6 - DESTROYED
7 - TO OWNER
8 - TO STATE
9 - MISC. (SPECIFY)

| LOCATION CODE | MOVED BY | DATE AND TIME OUT | DATE AND TIME IN | RECEIVER EMPLOYEE No. |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| FINAL DISPOSITION INFORMATION | CODE | DATE | TIME | EMPLOYEE No. |
|---|---|---|---|---|
| | | | | |

OWNER'S SIGNATURE:

STAMFORD POLICE DEPARTMENT INVENTORY

| INCIDENT NO. | 9 | 8 | 0 | 8 | 2 | 6 | 0 | 2 | 2 | 6 | LOCKER NO. | | |

| OWNER/FINDER | | ACCUSED | |
|---|---|---|---|
| NAME | | NAME | Smith, Emmanuel |
| ADDRESS | | ADDRESS | 87 Myano Lane |
| CITY/STATE | | CITY/STATE | Stamford, CT. |

DESCRIPTION OF ITEMS INVENTORIED

1. One clear plastic bag containing eleven (11) yellow colored "Body Bags", containing suspected 'crack' cocaine. Total approx. WT: 1.7 grams.
*******************************************NOTHING FOLLOWS**************************

| DATE | | | TIME | | | | FOUND ( )  EVIDENCE (XX)  STATE SHEET (XX) |
|---|---|---|---|---|---|---|---|
| 08 | 26 | 98 | 1 | 2 | 3 | 0 | SIGNATURE: |
| EMPLOYEE No. | | | 9 | 2 | 2 | 0 | P.O. D. Robinson |

FOR PROPERTY USE ONLY

| DATE | TIME | RECEIVER | LOCATION |
|---|---|---|---|
| | | | |

EVIDENCE MOVEMENT CODES

INTERNAL:
1 - STAMFORD COURT
2 - JUVENILE COURT
3 - STATE LAB
4 - STAMFORD LAB
5 - STATE POLICE LAB

FINAL DISPOSITION:
6 - DESTROYED
7 - TO OWNER
8 - TO STATE
9 - MISC. (SPECIFY)

| LOCATION CODE | MOVED BY | DATE AND TIME OUT | DATE AND TIME IN | RECEIVER EMPLOYEE No. |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| FINAL DISPOSITION INFORMATION | CODE | DATE | TIME | EMPLOYEE No. |
|---|---|---|---|---|
| | | | | |

OWNER'S SIGNATURE:

# STAMFORD POLICE DEPARTMENT INVENTORY

| INCIDENT NO. | 9 | 8 | 0 | 8 | 2 | 6 | 0 | 2 | 2 | 6 | LOCKER NO. | | |

| OWNER/FINDER | | ACCUSED | |
|---|---|---|---|
| NAME | | NAME | Smith, Emmanuel |
| ADDRESS | | ADDRESS | 87 Myano Lane |
| CITY/STATE | | CITY/STATE | Stamford, CT. |

### DESCRIPTION OF ITEMS INVENTORIED

1. $93.00 Dollars in U.S. Currency ( 3-10's, 9-5's, & 18-1's)
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*NOTHING FOLLOWS\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | DATE | | | TIME | | | | FOUND ( ) EVIDENCE (XX) STATE SHEET (XX) |
|---|---|---|---|---|---|---|---|---|
| | 08 | 26 | 98 | 1 | 2 | 3 | 0 | SIGNATURE: P.O. D. Robinson/ |
| EMPLOYEE No. | | | | 9 | 2 | 2 | 0 | P.O. D. Robinson |

**FOR PROPERTY USE ONLY**

| DATE | TIME | RECEIVER | LOCATION |
|---|---|---|---|
| | | | |

### EVIDENCE MOVEMENT CODES

INTERNAL:
1 - STAMFORD COURT
2 - JUVENILE COURT
3 - STATE LAB
4 - STAMFORD LAB
5 - STATE POLICE LAB

FINAL DISPOSITION:
6 - DESTROYED
7 - TO OWNER
8 - TO STATE
9 - MISC. (SPECIFY)

| LOCATION CODE | MOVED BY | DATE AND TIME OUT | DATE AND TIME IN | RECEIVER EMPLOYEE No. |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| FINAL DISPOSITION INFORMATION | CODE | DATE | TIME | EMPLOYEE No. |
|---|---|---|---|---|
| | | | | |

OWNER'S SIGNATURE:

## STAMFORD POLICE DEPARTMENT INVENTORY

INCIDENT NO. **9 8 0 8 2 6 0 2 2 6**   LOCKER NO.

| OWNER/FINDER | ACCUSED |
|---|---|
| NAME | NAME  Smith, Emmanuel |
| ADDRESS | ADDRESS  87 Myano Lane |
| CITY/STATE | CITY/STATE  Stamford, CT |

### DESCRIPTION OF ITEMS INVENTORIED

1. One white K.I.T. pager with a silver colored chain attached.

2. One (1) set of keys with nail clipper attached, containing four individual keys.

3. One (1) Fleet check book, under the name Emmanuel B. Smith, JR., containing five (5) transaction receipts.

4. One (1) Fleet Bank Statement of Accounts sheet, under the name Emmanuel B. Smith.

******************************************NOTHING FOLLOWS******************************************

| DATE | TIME | FOUND ( ) EVIDENCE (X) STATE SHEET ( ) |
|---|---|---|
| 08 26 98 | 1 2 3 0 | SIGNATURE: P.O. D. Robinson |
| EMPLOYEE NO. | 9 2 2 0 | *P.O. D. Robinson* |

**FOR PROPERTY USE ONLY**

| DATE | TIME | RECEIVER | LOCATION |
|---|---|---|---|
|  |  |  |  |

### EVIDENCE MOVEMENT CODES

INTERNAL:
1 - STAMFORD COURT
2 - JUVENILE COURT
3 - STATE LAB
4 - STAMFORD LAB
5 - STATE POLICE LAB

FINAL DISPOSITION:
6 - DESTROYED
7 - TO OWNER
8 - TO STATE
9 - MISC. (SPECIFY)

| LOCATION CODE | MOVED BY | DATE AND TIME OUT | DATE AND TIME IN | RECEIVER EMPLOYEE No. |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

| FINAL DISPOSITION INFORMATION | CODE | DATE | TIME | EMPLOYEE No. |
|---|---|---|---|---|
|  |  |  |  |  |

OWNER'S SIGNATURE:

# The Stamford Hospital
Stamford, CT 06904-9317

## EMERGENCY DEPARTMENT • RECORD SYSTEM •

ACCOUNT NO. 000006029565
080798

| PATIENT'S NAME | AGE | DATE OF BIRTH | DATE | TIME | UNIT RECORD NO. |
|---|---|---|---|---|---|
| SMITH, EMMANUEL | 028 | 11-09-969 | 08-26-98 | 13:09 | 068453 |

STREET ADDRESS: 87 MYANO LANE, STAMFORD, CT 06902
SOCIAL SECURITY NO: 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
PATIENT HOME PHONE: 945-5289
E.D. NO: 40

SEX: M  MAR. STAT: S  RACE: BL  FIN CLASS: 01
NEXT OF KIN: MOTHER - WHITAKER, LULA
ADDRESS OF KIN: 26 MAIN ST, STAMFORD, CT
PHONE: 348193

INSURANCE: SELF PAY
RESPONSIBLE PARTY'S EMPLOYER: U
PERSONAL PHYSICIAN: DOCTOR, CLINIC
BROUGHT IN BY: POLICE

COMPLAINT: BS EVALUATION

TRIAGE TIME: 13:10   IN ROOM: 13:10
CONDITION: NON-URG

**NURSING:**
REF #:
Pt. BIB police c/o of
feeling dizzy. Pt. was
unmine PTA. NAS
PEDI IMMUN UTD:
PM Hx: Diabetes
MEDS: Insulin
ALLERGIES: NONE

**NURSE'S NOTES:**
Abrasion to head
States he was
Pt c̄ a flashlight
Abrasion cleaned c̄ betadine

TIME 13:10  BP 130/96  PULSE 120  RESP 24  TEMP 100

PT. TEACHING: As below
DISCHARGE NOTE:
COND: Stable

TIME: 1312, 1450

LAST TET DATE: PS6-193
MEDS: Tylenol 650mg x1 po

TIME DOCTOR FIRST SAW PT: 14:25

28 y.o. ♂ BIB police c/o dizziness and throat pain. Pt states hit
c̄ flashlight. Pt had tetanus 2 wks ago. Neck, anter. aspect, hurts c̄
swallowing and mvmnt of neck.
Denies fever, ∆ vision, N/V, CP, SOB, Abd pain or ext pain or prob

PE: A&O x 3, in NAD.
HEENT - PERLA, pupil conj, nonmoist, pharyngeal erythema, tongue dev'n ⊘ edema
 neck supple c̄ FROM ⊘ tenderness, cyanosis. ⊘ spinal tenderness
Chest - bilat ⊘ rib pain  Cor: RRR  GI - benign ⊘ tenderness, guard
Extr - ⊘⊘⊘⊘ FROM ⊘ Lower 5/5 4+ 2+DTR  Neuro ⊘ focal signs
EKG:
X-RAY RESULTS:

Dx: Acute Minor head trauma  Stable
910.8
E917.9
E849.8

DISCH. COND: Acute minor head trauma  Stable
250.00

DISP: ☒ HOME  ☐ OTHER  ☐ EDOU  ☐ RM#  ADMIT PHYS:  PVT PHYS:

PT INS:
☐ PRESCRIBED
☐ FOLLOW UP CARE BY: Medical Clinic

TIME LEFT: 14

# EMERGENCY DEPARTMENT RECORD SYSTEM

The Stamford Hospital, Stamford

| | | |
|---|---|---|
| ACCOUNT NO. | 000006035020 | INIT. SGS |
| BOOKING TIME | 1655 cancelled | ER |

**PATIENT INFORMATION**

- Name: SMITH, EMMANUEL
- Age: 028
- DOB: 11-09-969
- Date: 08-27-98
- Time: 14:07
- Unit Record No.: 068453
- Street Address: 19 STILLWATER AVE STAMFORD CT 06902
- SSN: 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
- Phone: 975-5289
- E.R. No: 51
- Sex: M  Mar Stat: S  Race: BL  In Class: 01
- Next of Kin (Mother): WHITAKER, LULA
- Address of KIN: 26 MAIN ST STAMFORD CT
- Phone: 348193
- Insurance: SELF PAY
- Responsible Party's Employer: ROUNDTREE'S
- Personal Physician: DOCTOR, CLINIC
- Brought in by: AMB/POL
- M.D.: Dr. Silvis
- Called: 860-260-10?

**Complaint:** INSULIN O.D.
Notified: ☐ Phys. ☐ Relative ☐ Police ☐ Clergy ☑ ME

## NURSING

- Triage Time: 1407  In Room: 1407
- Condition: Fair/Urg
- Ref: BSB/Police CIO re↑ insulin last night ate police money feels sugar OD high today insulin. Ped Immun UTD. PMH: IDDM. Meds: Insulin
- Allergies: ☒ None
- Nurse's Notes: Diaphoretic A+O x3 1407 129/58 100 18 99 NPO 1630 1w/N 92 18 98.7
  1655 Ø c/o @ this time. VSS- ↑ infusing.

**Physician Orders:**
- ☑ CBC  ☐ H/H  ☐ Chest X-Ray
- ☐ Lytes  ☐ Glu  ☑ ECG
- ☒ Basic Metab.  ☑ Serum Ketone
- ☐ Lipase  ☐ Hold  Serum Osmolality
- ☐ Comp. Metab.  Tox screen
- ☐ Hep  ☐ Cr  ☐ PT  ☐ PTT

Meds: FSG = 544
- Normal Saline (NaCl) IV - N0. 1445 Pt. 1 fdr.
- Insulin 15 U IV — 1445 per M.D. PT-EMS.
- HL#20 (L. hand)
- FSG = 298 @ 1630 CWB R

Time Doctor First Saw Pt: 2:25 P

**History & Physical:**
S - 28 yrs. old ♂ BIB-police claims took his last insulin 35 U yesterday ≈ 2AM P
PMH - IDDM
O - AA Ox3 NAD ÷ Police prisoner - Afebrile. Asymptomatic - multiple minor bruises
HEENT - Neg  Chest - Clear  Heart - RSR
Abd ⊖ rebound. BS ⊕.   250.11

P - Hydration/Insulin
Admit

**Lab Results:**
136 | 5.1 \ 678  Ketone ⊕
95  | 13 /

X-Ray Results: Pt is stable to be transported
Dr. Silvis - U. Conn Farmington - has accepted pt.

**Dx:** Acute Diabetic Ketoacidosis
Disp: ☐ Home ☐ Other  ☐ EDOU  Admit RM# 4104  Admit Phys. Victoria M.D.
Teaching Staff

☐ Prescribed
☐ Follow up care by:
☐ Follow above  Instructions No.: ...
Instructions received and acknowledged.
Time left: 1907  Date: 8/2

# STAMFORD E.M.S. SERVICE 1351 AMBULANCE CALL REPORT — PATIENT 1 OF 1

| DISPATCH DATA | | | | | | |
|---|---|---|---|---|---|---|
| YEAR | MON | DAY | NO. | C-MED CASE # | MEDICAL/TRAUMA | PALS / BLS / INTERCEPT |
| 98 | 8 | 27 | | 42141 | | |

RESPONSE DELAY: HWY / CONST / WEATHER / 5TH UNIT / RR STA / OTHER
SCENE INJ: CODE 1

**FIRST RESPONDER ON SCENE:** ☐ ☐ ☐

DISPATCH LOCATION (INCLUDE TOWN AND ZIP): 805 Bedford St   ZIP 06702
DISPATCHED AS: Diabetic Emer
EXPLAIN RESPONSE DELAY IF > 8 MIN.

| TIME | | ZONE |
|---|---|---|
| CREATE | | |
| DISPATCH | 1341 | 3 |
| FLY CAR ON SCENE | | |
| ON SCENE | 1357 | 3 |
| DEPART | 1402 | 8/27/98 |
| HOSPITAL | 1401 | 3 |
| AVAILABLE | | |

PT. LAST NAME: Smith   FIRST NAME: Emmanuel   MI:    SEX: M   AGE: 28   DOB: 11/9/69
PT. ADDRESS: 19 Atlantic Ave   APT:    CITY: Stamford   STATE: CT   ZIP: 06902
WEIGHT: ___ Kg   PARENT OR GUARDIAN NAME:    ER RECORD #: 603506   TEL #: 203-975-5281   SS#:
ACTUAL LOCATION OF CALL (IF DIFFERENT THAN ABOVE):

CHIEF COMPLAINT: Sugar too high   ONSET: 8/27/98  1320
WORK RELATED INCIDENT: ☐ YES  ☒ NO
MECHANISM OF INJURY:    PLACE OF INJURY:

**MVA INFORMATION**: ☐ Driver ☐ Passenger ☐ F ☐ R ☐ No Belts ☐ Air Bag ☐ Helmet ☐ Lap Belt ☐ Child Seat ☐ Shoulder
**EXTRICATION**: DURATION ___ MIN. ☐ BLDG ☐ VEHICLE ☐ OTHER
**PRE-HOSP DEFIB/CPR**: ☐ YES ☐ NO  TIME ___ NUMBER OF TIMES ___ CITIZEN CPR ☐ YES ☐ NO  MIN. CPR ___ MIN. NO CPR ___ MIN. SEMS CPR ___

## NARRATIVE

28 y/o ♂ sitting on bench in police custody. AO x3, states above complaint. Pt last ate blue(?) breakfast yesterday afternoon & last took units of Humulin insulin yesterday afternoon. Pt dry, no dnv, dyspnea + diaphoresis, thirst cold. Pt warm + sweaty. IV EKG monitor, pulse ox done. NVD, denies abd pain. Pt transported in position of comfort to BH [Bridgeport Hospital] c PNCA [?] board.

## PMH

☐ Denied ☐ CVA ☐ Asthma ☒ Diabetes ☐ COPD ☐ Cardiac ☐ Hypertension ☐ CHF ☐ Seizures ☐ PSYCH
MEDICATIONS: Humulin Insulin
☐ Denied
ALLERGIES: ☒ NKA

SKIN: ☒ Warm ☐ WNL ☐ Cool ☐ Pale ☐ Hot ☐ Cyanotic ☒ Moist ☐ Flushed ☐ Dry ☐ Jaundiced
R LUNGS L: ☒ Normal / Decreased / Absent / Rales / Rhonchi / Wheezes
ABDOMEN: ☒ Normal ☐ Rigid ☐ Tender ☐ Guarded ☐ Distended ☐ RUQ ☐ LUQ ☐ RLQ ☐ LLQ
R PUPILS L: ☒ WNL ☐ Dilated ☐ Constricted ☐ Sluggish ☐ Non Reactive

## VITALS / TREATMENT

| # | TIME | LOC | RESP | PULSE | BP | TS | GCS | EKG | TREATMENT | DOSAGE | ROUTE | SHIELD | RESPONSE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1405 | A | Rate 22 Regular | Rate 122 Regular | 158/36 | | 4 | S Tach @ 110/m | | | | | |
| 2 | | | | | | | 5/6/2 | Sinus 132 | | | | | 350.11 |
| 3 | | | Regular | Regular | | | | | | | | | |

☐ OPA/NPA  ☒ Bloods "HI"  ☐ SPINAL IMMOB.
☐ BVM  ☒ FSG "HI"
☐ Suction  ☒ SaO2 __ (1)    ☐1 ☐2 ☐3
☒ O2 2 LPM  ☐ SaO2 __ (2)   ☐4 ☐5 ☐6
☐ EKG

| SKILL | Att. | OK | Location | Size/# | Fluid | Rate | Shield |
|---|---|---|---|---|---|---|---|
| IV #1 | 1 | ✓ | @ LL | 20g | Saline Lock | | 751 |
| IV #2 | | | | | | | |
| IV #3 | | | | | | | |
| INTUBATE | | | | | | | |

QI: ☐ I ☐ D ☐ N/C
CATEGORY: ☐ I ☐ II (V.S.) ☐ III (SYM) ☐ IV (INJURY PREV.) ☐ V (TRANS.)

CARRY: ☐ Walked ☐ Chair ☐ Stretcher ☐ Board ☐ Reeves ☐ Scoop
PRESUMPTIVE DX: R/O DKA
Additional Units: ☐ Police ☐ Fire ☐ Supervisor
Additional Info: ☐ Supplemental ☐ EKG Form ☐ MI Alert ☐ Soc. Svc. Referral

MEDIC SHIELD #: 7071   SIGNED: Allenberg Emmanuel   PREPARER (✓)
EMT SHIELD #:    SIGNED:    PREPARER (✓)
EMT/OTHER #:    SIGNED:    PREPARER (✓)
UNIT # M-3   HOSPITAL: BH
☐ Nearest ☐ Pt. Choice ☐ Diversion ☐ Specialty
MD NAME:
MD SIG. — I HAVE RECEIVED THIS PATIENT
RN SIG. — I HAVE RECEIVED THIS PATIENT
MCF ORDERS: ☐ Standing Orders ☐ Approved ☐ Modified ☐ Denied

```
PATIENT: SMITH, EMMANUEL              PHYSICIAN: STAFF, MEDICINE                603502-6
LOCATION: M4S  4104                   AGE:  28    SEX: M                        U0068433-0

ADMIT DATE: 08/27/98      DISCHARGE DATE: 08/27/98

------------------------------             TOXICOLOGY            ------------------------------

08/27 1450  DRUG SCREEN-BLOOD        SEE BELOW
08/27 1450    AMPHETAMINES           NEGATIVE
08/27 1450    BARBITURATES           NEGATIVE
08/27 1450    BENZODIAZEPINE         NEGATIVE
08/27 1450    COCAINE                NEGATIVE
08/27 1450    OPIATES                NEGATIVE
08/27 1450    TRICYCLIC              NEGATIVE
```

**The Stamford Hospital**
Shelburne Rd. at West Broad St.
P.O. Box 9317
Stamford, Connecticut 06904-9317

**EMERGENCY DEPT. RECORD SYSTEM**
Supplemental Sheet

ED _____

NAME: Smyth, Emmanuel   DATE: 8/27/98

| Time | Additional Doctor's Orders | Nursing Signature Time |
|---|---|---|
|  | No IV @ 125/hr | 1720 [sig] |
|  | FSG = 412 | 1805 C Portel |
|  | BMP, Insulin Regular 10 units IV × 1 now. | 1810 - O₂ 6 NS |
|  | ↑ IVF to NS at 200cc/hr | 1815 [sig] |
|  | FS q2° / BMP + serum ketones q2° on | |
|  | alternating hours. | |

_____ M.D.

| Time | Notes | Time | BP | Pulse | Resp | Temp | Pulsox | GCS |
|---|---|---|---|---|---|---|---|---|
| 1900 | Pt A&O×3 Pt being transferred to UCONN-Farmington via Bridgeport connection, escorted by Sheriff — [sig] | 1900 | 145/84 | 92 | 20 | 98.7 | | |

Form #801494 (Rev. 4/96)

☐ continued _____

WHITE - MEDICAL RECORDS COPY   GOLDENROD - FORWARDING COPY   PINK - EMERGENCY DEPT. COPY

**THE STAMFORD HOSPITAL**
Stamford, Connecticut

| Date | | | | | | |
|---|---|---|---|---|---|---|
| 8/27/98 | LABS | | | | | |
| | Na | K+ | FS/glucose | | Ketone | |
| time | | | | | | |
| 3:00 pm | 136 | 5.1 | 678 | | ⊕ | 15u Ⓡ |
| 4:00 pm | | | 298 | | | |
| 6:00 pm | | | 412 | | ⊕ | 10u Ⓡ |

**DOCTOR'S PROGRESS NOTES**

**THE STAMFORD HOSPITAL**
Stamford, Connecticut

Smith (2)

| Date | |
|---|---|
| 8/27/98 | MRAN cont |
| | Labs  14.9 \ 13.5 / 337 |
| | / 40.0 \ |
| | MCV 92 / RDW 13.2 |
| | N 59% / L 25.4% |
| | Blood tox ⊖ |
| | 136 \| 15 \| 18 / 678   Ketone ⊕ |
| | 5.1 \| 13 \| 1.0 |
| | AG 28   Na corrett = 145 |
| | Calc Osm 314 / meas Osm 312 |
| | ABG (RA) 7.340 / 30 / 109 / 16.7   97% |
| | EKG NSR 107, NL axis, NL Interval |
| | No ST ∆'s &c — NL EKG. sinus tach. |
| A/P | 28 yr old ♂ known Type I diabetic |
| | with no insulin coverage for ~24 hr. |
| | found to have FS ~600, pH 7.34, Ketone ⊕ |
| | will admit to floor with DKA |
| | cont IVF + Insulin coverage. |
| | ① DKA — with pure IVF NS @ 250 cc/hr. |
| | check PS q 2° + TMP q 4°, will |
| | cover Insulin IVP, when FS 200-250 |
| | will D IVF w D5½NS at 150%r + |
| | cont. Insulin coverage. |

DOCTOR'S PROGRESS NOTES

# The Stamford Hospital

# PHYSICAL EXAMINATION

Emmanuel Smith

(ALL POSITIVE AND IMPORTANT NEGATIVE FINDINGS SHOULD BE RECORDED)

| | |
|---|---|
| **INFORMATION REQUIRED** | TEMP: 99°  PULSE: 100  RESP: 18  BLOOD PRESSURE: 128/60  WEIGHT:  HT: |
| **VITAL SIGNS** | |
| **ORDER OF RECORDING:** | |
| 1. GENERAL<br>2. SKIN<br>3. EYES<br>4. EARS<br>5. NOSE<br>6. MOUTH<br>7. THROAT<br>8. NECK | |
| 9. CHEST<br>10. HEART<br>11. ABDOMEN<br>12. GENITALIA<br>13. LYMPHATIC<br>14. BLOOD VESSELS | |
| 15. NEUROLOGICAL<br>16. RECTAL<br>17. PELVIC | |
| 18. MUSCULO-SKELETAL SYSTEM<br>BONES<br>JOINTS<br>MUSCLES<br>EXTREMITIES | |
| 19. IMPRESSION<br>20. SIGNATURE | |

GEN: NAD, Alert.

HEENT: Oral mucosa moist, ∅ Thrush, PERRL, EOMI.
Fundoscopy ∅ hemorrhages ∅ microaneurysm.

NECK: Supple ∅ LN ∅ JVD

LUNGS: Clear

HEART: RRR SEM II/VI

ABD: Soft non tender ⊕ BS

EXT: ∅ edema. (L) forearm abrasions

SKIN: 2cm wound (⊤ steri-strip) forehead, ⊖ erythema
⊖ fluctuation ⊖ crepitous.

NEURO: ∅ focal

LABS    ABG: 7.34/31/109/17/ saT 97%.

14.9 > 12.5/40 < 337        136 | 95 | 13 / 678        Serum Osm: 312
                            5.1 | 13 | 1

Ketones: Positive                               Toxo: Negative

EKG: NSR/107=rate/60/ PR: 0.13 / ∅ ST↑↓ / ∅ q waves.

ASS/PLAN  28 y/o A.A ♂ known IDDM for 18 years
who has a lack on Insulin dose for over > 12 hrs.
Pt became hyperglycemic ⊕ Ketones; does not impress
dehydrated.
  ☐ IV fluids
  ☐ Reg Insulin per sliding scale
  ☐ ✓ K+ monitor closely.

DATE 8/27/98   TIME 6pm   SIGNATURE Nessolovsky, MD

71779                          (PLEASE USE REVERSE SIDE OF THIS SHEET FOR CONTINUATION OF PHYSICAL EXAM)

# THE STAMFORD HOSPITAL
Stamford, Connecticut

| Date | |
|---|---|
| 9/27/98 6 or 7 pm | MRAN |
| | RC Hyperglycemia, Nausea |
| | HPI Pt is 28 yo old black ♂ with Hx of IDDM × 18 yrs who was in custody of police today. New onset this AM of nausea, diaphoresis, polydipsia. EMS called to jail FS was HHH°. Pt brought to ER. Pt last ate dinner last pm & coffee this AM. Last Insulin Dose was 35 unit Reg Insulin SQ at 5pm yesterday. Pt reports ∅ SOB, ∅ CP, ∅ bb pain, ∅ cough ∅ fever/chills. In ER pt feeling better, ∅ Nausea. FS in ER 544, given NS at 150cc/hr + 15 unit Insulin R IVP, 2nd FS is 298 |
| | PMHx |
| | ① IDDM since 11yr old seen in TSH Diabetic Clinic. Pt takes FS's at home bid, takes Insulin R based on sliding scale FS 180-200 → 15 units if >300 then 35 units, multiple admits for hypoglycemia. |
| | ② Pt reports ↑BP measurement at clinic but no HTN meds. |
| | Meds Insulin Regular SS as above |
| | Allergy NKDA |
| | [over] →|

**DOCTOR'S PROGRESS NOTES**

# SUPREME COURT

## OF THE

# STATE OF CONNECTICUT

S.C. 16254

STATE OF CONNECTICUT

v.

EMANUEL B. SMITH

BRIEF OF THE
DEFENDANT-APPELLEE
WITH ATTACHED APPENDIX

LAUREN WEISFELD
ASSISTANT PUBLIC DEFENDER
JURIS NUMBER 401789
OFFICE OF THE CHIEF PUBLIC DEFENDER
2911 DIXWELL AVE. – 4TH FLOOR
HAMDEN, CONNECTICUT 06518
TEL. (203) 867-6150
FAX: (203) 867-6157

COUNSEL OF RECORD
AND
ARGUING ATTORNEY

Respectfully submitted,

EMANUEL SMITH
DEFENDANT-APPELLEE

BY: *Lauren Weisfeld*
LAUREN WEISFELD
HIS ATTORNEY
JURIS. NO.401789
OFFICE OF CHIEF PUBLIC DEFENDER
2911 DIXWELL AVENUE
HAMDEN, CT 06518
(203) 867-6150 fax 867-6157

## CERTIFICATION OF SERVICE

Pursuant to Conn. Prac. Bk. §62-7 the undersigned certifies that a copy of this brief with attached appendix was mailed first class this 7th day of April, 2000 to Eileen Geel, Assistant State's Attorney, Juris No. 413546, Office of the Chief State's Attorney, 300 Corporate Place, Rocky Hill, CT 06067, tel. 860 258-5807, fax 860 258-5828; Hon. Eddie Rodriguez, c/o Chief Clerk, Stamford/Norwalk J.D., 123 Hoyt St. Ridgeway Station Stamford, CT 06905; and to the defendant, Emanuel Smith.

*Lauren Weisfeld*
Lauren Weisfeld
Attorney at Law Juris No. 401789

26