# Incident Summary Report (1, 2 and 3)
## Connecticut Department of Correction

CN 6604
Rev 4/4/02

| | |
|---|---|
| Facility/CEO Bridgeport CC | Incident Class ☐ 1 ☒ 2 ☐ 3 — Class Type F,I |
| Incident Location 37B 4 Dayroom | Incident Date/Time 5/20/03 9:21pm |

Staff involved: Captain Richard Muccino, Lt. Jeff Palaka, Lt. Chapella Wilks, C/O's Beverly Lapolice, Chris Mazzadra, Kevin Piterski, Carlos Burgos, Angel Rivera, Fred Bottone, Sandra Wynkoop, Doris Moore, Stacey Callands,

Inmate(s) involved, with inmate number(s): Smith, Emanuel 232549 / Elliston, David 298374

Synopsis: Both inmates were in B4 dayroom. Elliston was sitting in a chair next to the dayroom fan. Elliston turned the fan off for no reason. Smith asked Elliston to turn fan on. Elliston refused. Smith asked Elliston to switch seats so he could sit under the fan and turn it on. Elliston refused and stood up and hit Smith. Both started fighting and disregarded orders to cease. By this time, both inmates were on the ground fighting under the table. Lt.Palaka and Lt. Wilks had to deploy First Defense to make inmates comply. Inmates were seperated and restrained by responding staff. Smith told Lt. Palaka and Lt. Wilks that he had been cut by a shank. C/O's Lapolice and Mazzadra searched the dayroom and Lapolice found a razor wrapped in tape stuck under the table. Both inmates treated by Medical and secured in RHU. D/W Flodquist was notified and CSP-G was called to press charges against Elliston for the weapon. Troopers Jupin (334) and Glowacki (1430) arrested inmate Smith for 53-181a (Breach of Peace) and Elliston was arrested for 53a-61 (Assault 3rd) and 53a-181a (Breach of Peace). Both were issued Temporary Surrenders for arraignment on 5/21/03 tomorrow at GA-2.

Description of staff injuries: None

Description of inmate injuries: Smith-3 long superficial lacerations 2- abdomen 1-left flank Elliston-multiple abrasions

| | |
|---|---|
| Use of chemical agent ☒ Yes ☐ No | Use of force ☒ Yes ☐ No |
| Disciplinary report issued ☒ Yes ☐ No | Offense: Fighting |
| Video/photo secured ☒ Yes ☐ No | CSP Case #03025091 |
| Community alert system activated ☐ Yes ☒ No | Date/Time |
| Description of contraband or weapon(s): 3" razor wrapped in tape | Date/Time 5/20/03 9:40pm |

| CHAIN OF COMMAND CONTACTS | |
|---|---|
| Duty officer D/W Flodquist | Date/Time 5/20/03 10:10pm |
| Unit Administrator | Date/Time |
| Lead Warden | Date/Time |
| Deputy Commissioner | Date/Time |
| Commissioner | Date/Time |

| OTHER NECESSARY CONTACTS | |
|---|---|
| Police/Fire CSP-G | Date/Time |
| P.I.O. | Date/Time |
| C.I.S.R.T. | Date/Time |

| Staff signature [signature] | Title Lieutenant | Date 5/20/03 |
|---|---|---|

CN 6901
12/93

# ATTACHMENT A
# CONNECTICUT DEPARTMENT OF CORRECTION

## CONTRABAND/CRIMINAL PHYSICAL EVIDENCE TAG AND CHAIN OF CUSTODY

Facility: ***BRIDGEPORT CCC***

Evidence #: BCC 03-007 — BCC
DPS 03025091 CSP

Classification of Contraband/Criminal Physical Evidence:
(Check one)

✓ Weapon
_____ Drug/Drug Paraphernalia
_____ Alcohol (commercial or home made)
_____ Appliance (e.g., television, radio, stereo, recorder, etc.)
_____ Currency (money or other commodity of exchange)
_____ Clothing
_____ Miscellaneous Property
_____ Other _____________

Brief description of item or substance and any identifying mark(s):

3" RAZOR TIPPED shank white tape handle.

Location Found/Confiscated: 3B dayroom — under table

By: Staff Name: Beverley LaPolice Date/time: 5/20/03 — 11 pm

From: Inmate Name: Allegedly from inmate Elliston David Inmate Number: 298374

Chain of custody - contraband/criminal physical evidence (signature required)

| STAFF FROM | STAFF TO | DATE/TIME | REASON | DISPOSITION |
|---|---|---|---|---|
| Officer Beverly LaPolice | Lt Jeff Palmer | 5/20/03 10:00 pm | criminal evidence | HELD IN LT's office Zudany armory for CS |
| Lt Jeff Palmer | Tpr. [illegible] | 05/20/03 1130pm | Criminal Evidence | Evidence Lockers at Troop G |
| | | | | |
| | | | | |

(continue on back if necessary)

gp2/2/97

**State of Connecticut**
**Department of Public Safety**
**Investigation Report**
DPS-683-C (Revised 04/03)

REPORT TYPE: ☒ INITIAL ☐ ASSIST ☐ SUPPL. ☐ RE-OPEN ☒ CLOSING

ATTACHMENTS: ☐ STATEMENTS ☐ TELETYPE ☐ PHOTOS ☐ OTHER ☐ SKETCH MAP ☐ EVIDENCE

DPS INCIDENT NUMBER: DPS 03-025091

Page 1 of 4

SECTIONS OR BLOCKS THAT DO NOT APPLY TO A REPORTED OFFENSE SHOULD BE LEFT BLANK

## SECTION I. ADMINISTRATIVE

| INCIDENT ADDRESS | TOWN | STATE | ZIP CODE |
|---|---|---|---|
| 1106 North Ave. | Bridgeport | CT | 06606 |

## SECTION II. OFFENSES

| DATE OF INCIDENT: | TIME OF INCIDENT (MILITARY TIME): | DATE OF INCIDENT: | TIME OF INCIDENT (MILITARY TIME): |
|---|---|---|---|
| 05/20/03 | 2230 | | |

| NO. | STATUTE: | STATUTE DESCRIPTION: (LIST MOST SERIOUS OFFENSE FIRST) | NIBRS CODE: | |
|---|---|---|---|---|
| 1. | 53a-61 | Assault 3rd | 13A | ☐ A=ATTEMPTED ☒ C=COMPLETED |
| 2. | 53a-181 | Breach of Peace | 90A | ☐ A=ATTEMPTED ☒ C=COMPLETED |
| 3. | | | | ☐ A=ATTEMPTED ☐ C=COMPLETED |
| 4. | | | | ☐ A=ATTEMPTED ☐ C=COMPLETED |

OFFENDER USED/SUSPECTED: (ENTER UP TO 3): N

GANG-RELATED: ☐ YES, AFFILIATION: ☒ NO (IF YES THEN ALSO DPS-1068-C)

LOCATION OF OFFENSE: (ENTER 1, UNLESS MULTIPLE OFFENSES TOOK PLACE AT DIFFERENT LOCATIONS): 15

BURGLARY: N/A NUMBER OF UNITS ENTERED IF HOTEL / MOTEL / RENTAL STORAGE UNITS

BURGLARY: ☐ FORCE ☐ NO FORCE

TYPE WEAPON/FORCE USED (ENTER UP TO 3 SELECTIONS): 20

TYPE OF CRIMINAL ACTIVITY (ENTER UP TO 3 SELECTIONS):

BIAS MOTIVATION (ENTER BIAS CODE):

## SECTION III. PERSONS

C=COMPLAINANT V=VICTIM W=WITNESS A=ARRESTED O=OFFENDER / ACCUSED M=MISSING J=JUVENILE (USE ALL THAT APPLY)

PERSON CODE/NUMBER: C,V,A -001 (EX.COMPLAINANT,VICTIM=C,V – 1)

IF VICTIM, VICTIM IS RELATED TO OFFENSE(S) #: ☒ 1 ☒ 2 ☐ 3 ☐ 4

TYPE OF VICTIM: ☒ INDIVIDUAL ☐ GOVERNMENT ☐ BUSINESS ☐ POLICE ☐ FINANCIAL INST. ☐ SOCIETY/PUBLIC ☐ OTHER ☐ UNKNOWN ☐ RELIGIOUS ORGANIZATION

LAST NAME / FIRST NAME / MI: Smith, Emanuel Brock
DATE OF BIRTH OR AGE RANGE: 11/09/69
TELEPHONE (HOME):
ADDRESS: 1106 North Ave. TOWN: Bridgeport STATE: CT ZIP CODE: 06606
TELEPHONE (BUSINESS):
ALIAS / NICKNAME:
GENDER: ☒ MALE ☐ FEMALE ☐ UNKNOWN
RACE: B
RESIDENT OF TOWN OF INCIDENT? ☒ YES ☐ NO ☐ UNKNOWN
ETHNICITY: ☐ HISPANIC ☒ NON-HISPANIC ☐ UNKNOWN
HEIGHT: 6' WEIGHT: 250 HAIR COLOR: Blk EYE COLOR: Bro
SCARS/MARKS/TATTOOS – LOCATION & DESCRIPTION: Right hand Tattoo
VICTIM INJURY TYPE – SELECT UP TO FIVE (5): M
RELATIONSHIP OF VICTIM TO OFFENDER – USE ADDITIONAL FORM IF NECESSARY: OFFENDER#1____ OFFENDER#2 AQ OFFENDER#3____ OFFENDER#4____
AGGRAVATED ASSAULT/HOMICIDE CIRCUMSTANCES:(MAX.2): 01
NEGLIGENT MANSLAUGHTER: (SELECT 1):
JUSTIFIABLE HOMICIDE: (SELECT 1):
ADDITIONAL FACTORS: (SELECT 1):
FAMILY VIOLENCE INCIDENT: ☐ YES ☒ NO (IF YES, THEN ALSO DPS-230-C)
ADDRESS OF ARREST: 1106 North Ave Bridgeport, CT
DATE ARRESTED: 05/20/03
TYPE OF ARREST: ☐ SUMMONS / CITED ☒ CUSTODIAL / ON-SITE ☐ CUSTODIAL / WARRANT
CLEARANCE OF MULTIPLE CASES: ☐ COUNT ARRESTEE ONLY ☐ ARRESTEE AFFILIATED MULTIPLE CASES
ARRESTEE ARMED WITH (MAX 2):
DISPOSITION OF PERSONS UNDER 16: ☐ HANDLED WITHIN DEPT. & RELEASED ☐ REFERRED TO OTHER AUTHORITY
ARRESTEE CHARGED WITH THE FOLLOWING OFFENSES: ☐ #1 ☒ #2 ☐ #3 ☐ #4 ☐ ADDITIONAL CHARGES ON SUBSEQUENT PAGES

## SECTION III. PERSONS

C=COMPLAINANT V=VICTIM W=WITNESS A=ARRESTED O=OFFENDER / ACCUSED M=MISSING J=JUVENILE (USE ALL THAT APPLY)

PERSON CODE/NUMBER: C,V,A -002 (EX.COMPLAINANT,VICTIM=C,V – 1)

IF VICTIM, VICTIM IS RELATED TO OFFENSE(S) #: ☐ 1 ☒ 2 ☐ 3 ☐ 4

TYPE OF VICTIM: ☒ INDIVIDUAL ☐ GOVERNMENT ☐ BUSINESS ☐ POLICE ☐ FINANCIAL INST. ☐ SOCIETY/PUBLIC ☐ OTHER ☐ UNKNOWN ☐ RELIGIOUS ORGANIZATION

LAST NAME / FIRST NAME / MI: Elliston, David B.
DATE OF BIRTH OR AGE RANGE: 01/19/76
TELEPHONE (HOME):
ADDRESS: 1106 North Ave. TOWN: Bridgeport STATE: CT ZIP CODE: 06606
TELEPHONE (BUSINESS):
ALIAS / NICKNAME:
GENDER: ☒ MALE ☐ FEMALE ☐ UNKNOWN
RACE: B
RESIDENT OF TOWN OF INCIDENT? ☒ YES ☐ NO ☐ UNKNOWN
ETHNICITY: ☐ HISPANIC ☒ NON-HISPANIC ☐ UNKNOWN
HEIGHT: 5'7" WEIGHT: 135 HAIR COLOR: Blk EYE COLOR: Bro
SCARS/MARKS/TATTOOS – LOCATION & DESCRIPTION: Left Arm Scar
VICTIM INJURY TYPE – SELECT UP TO FIVE (5): M
RELATIONSHIP OF VICTIM TO OFFENDER – USE ADDITIONAL FORM IF NECESSARY: OFFENDER#1 AQ OFFENDER#2____ OFFENDER#3____ OFFENDER#4____
AGGRAVATED ASSAULT/HOMICIDE CIRCUMSTANCES:(MAX.2): 01
NEGLIGENT MANSLAUGHTER: (SELECT 1):
JUSTIFIABLE HOMICIDE: (SELECT 1):
ADDITIONAL FACTORS: (SELECT 1):
FAMILY VIOLENCE INCIDENT: ☐ YES ☒ NO (IF YES, THEN ALSO DPS-230-C)
ADDRESS OF ARREST: 1106 North Ave Bridgeport, CT
DATE ARRESTED: 05/20/03
TYPE OF ARREST: ☐ SUMMONS / CITED ☒ CUSTODIAL / ON-SITE ☐ CUSTODIAL / WARRANT
CLEARANCE OF MULTIPLE CASES: ☐ COUNT ARRESTEE ONLY ☐ ARRESTEE AFFILIATED MULTIPLE CASES
ARRESTEE ARMED WITH (MAX 2):
DISPOSITION OF PERSONS UNDER 16: ☐ HANDLED WITHIN DEPT. & RELEASED ☐ REFERRED TO OTHER AUTHORITY
ARRESTEE CHARGED WITH THE FOLLOWING OFFENSES: ☒ #1 ☒ #2 ☐ #3 ☐ #4 ☐ ADDITIONAL CHARGES ON SUBSEQUENT PAGES

| INVESTIGATOR SIGNATURE: | INVESTIGATOR I.D.#: | REPORT DATE: | SUPERVISOR SIGNATURE: | SUPERVISOR I.D.#: | APPROVAL DATE: |
|---|---|---|---|---|---|
| TPR [signature] | 334 | 05/21/03 | [signature] | 209 | 5/21/03 |

**State of Connecticut**
**Department of Public Safety**
**Investigation Report**
**DPS-683-C (Revised 04/'03)**

REPORT TYPE: ☒ INITIAL ☐ ASSIST ☐ SUPPL. ☐ RE-OPEN ☒ CLOSING

ATTACHMENTS: ☐ STATEMENTS ☐ TELETYPE ☐ PHOTOS ☐ OTHER ☐ SKETCH MAP ☐ EVIDENCE

DPS INCIDENT NUMBER: DPS 03 -025091

Page 2 of 4

SECTIONS OR BLOCKS THAT DO NOT APPLY TO A REPORTED OFFENSE SHOULD BE LEFT BLANK

## SECTION III. PERSONS

C=COMPLAINANT V=VICTIM W=WITNESS A=ARRESTED O=OFFENDER / ACCUSED M=MISSING J=JUVENILE (USE ALL THAT APPLY)

PERSON CODE/NUMBER: ______-______ (EX.COMPLAINANT,VICTIM=C,V - 1)

IF VICTIM, VICTIM IS RELATED TO OFFENSE(S) #: ☐ 1 ☐ 2 ☐ 3 ☐ 4

TYPE OF VICTIM: ☐ INDIVIDUAL ☐ GOVERNMENT ☐ BUSINESS ☐ POLICE ☐ FINANCIAL INST. ☐ SOCIETY/PUBLIC ☐ OTHER ☐ UNKNOWN ☐ RELIGIOUS ORGANIZATION

LAST NAME | FIRST NAME | MI | DATE OF BIRTH OR AGE RANGE | TELEPHONE (HOME)

ADDRESS | TOWN | STATE | ZIP CODE | TELEPHONE (BUSINESS)

ALIAS / NICKNAME: | GENDER: ☐ MALE ☐ FEMALE ☐ UNKNOWN | RACE: | RESIDENT OF TOWN OF INCIDENT? ☐ YES ☐ NO ☐ UNKNOWN | ETHNICITY: ☐ HISPANIC ☐ NON-HISPANIC ☐ UNKNOWN

HEIGHT: | WEIGHT: | HAIR COLOR: | EYE COLOR: | SCARS/MARKS/TATTOOS – *LOCATION & DESCRIPTION:*

VICTIM INJURY TYPE – *SELECT UP TO FIVE (5):*

RELATIONSHIP OF VICTIM TO OFFENDER – *USE ADDITIONAL FORM IF NECESSARY:* OFFENDER#1_____ OFFENDER#2_____ OFFENDER#3_____ OFFENDER#4_____

AGGRAVATED ASSAULT/HOMICIDE CIRCUMSTANCES: *(MAX.2)* | NEGLIGENT MANSLAUGHTER: *(SELECT1)* | JUSTIFIABLE HOMICIDE: *(SELECT 1)* | ADDITIONAL FACTORS: *(SELECT 1):* | FAMILY VIOLENCE INCIDENT: ☐ YES ☐ NO (IF YES, THEN ALSO DPS-230-C) | ADDRESS OF ARREST:

DATE ARRESTED: | TYPE OF ARREST: ☐ SUMMONS / CITED ☐ CUSTODIAL / ON-SITE ☐ CUSTODIAL / WARRANT | CLEARANCE OF MULTIPLE CASES: ☐ COUNT ARRESTEE ONLY ☐ ARRESTEE AFFILIATED MULTIPLE CASES | ARRESTEE ARMED WITH (MAX 2): | DISPOSITION OF PERSONS UNDER 16: ☐ HANDLED WITHIN DEPT. & RELEASED ☐ REFERRED TO OTHER AUTHORITY

ARRESTEE CHARGED WITH THE FOLLOWING OFFENSES: ☐ #1 ☐ #2 ☐ #3 ☐ #4 ☐ ADDITIONAL CHARGES ON SUBSEQUENT PAGES

## SECTION IV. PROPERTY & VALUES

☐ CHECK THIS BOX IF THERE IS ONE OR MORE ADDITIONAL PROPERTY PAGES

| ITEM # | TYPE (A) | STATUS (B) | QTY | DRUG TYPE (C) | MSR (D) | DESCRIPTION | VALUE STOLEN | VALUE RECOVERED | RECOVERY DATE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

### VEHICLE / TRAILER INFORMATION IF APPLICABLE

MOTOR VEHICLE STATUS: ☐ STOLEN VEHICLE (FORM H-108 REQUIRED) ☐ VEHICLE USED IN CRIME ☐ SUSPECT VEHICLE ☐ VICTIM VEHICLE, VICTIM # ____

| REGISTRATION | STATE | EXPIRATION | VIN # | YEAR | MAKE | MODEL | TYPE | COLOR |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

MOTOR VEHICLE STATUS: ☐ STOLEN VEHICLE (FORM H-108 REQUIRED) ☐ VEHICLE USED IN CRIME ☐ SUSPECT VEHICLE ☐ VICTIM VEHICLE, VICTIM # ____

| REGISTRATION | STATE | EXPIRATION | VIN # | YEAR | MAKE | MODEL | TYPE | COLOR |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

MOTOR VEHICLE STATUS: ☐ STOLEN VEHICLE (FORM H-108 REQUIRED) ☐ VEHICLE USED IN CRIME ☐ SUSPECT VEHICLE ☐ VICTIM VEHICLE, VICTIM # ____

| REGISTRATION | STATE | EXPIRATION | VIN # | YEAR | MAKE | MODEL | TYPE | COLOR |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

### CASE STATUS

☐ 1 ACTIVE ☒ 2 CLEARED BY ARREST ☐ 3 SUSPENDED ☐ 4 EXCEPTIONAL CLEARANCE ☐ 6 NO CRIMINAL ASPECT ☐ F FUGITIVE

### TYPE OF EXCEPTIONAL CLEARANCE

☐ A OFFENDER DECEASED ☐ B PROSECUTION DECLINED ☐ C EXTRADITION DENIED ☐ D VICTIM UNCOOPERATIVE ☐ E JUVENILE-NO CUSTODY

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN, DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1) MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2) INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT: OR (3) INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT. THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: | INVESTIGATOR I.D.#: | REPORT DATE: | SUPERVISOR SIGNATURE: | SUPERVISOR I.D.#: | APPROVAL DATE: |
|---|---|---|---|---|---|
| TPR [signature] | 334 | 05/21/03 | SGT. [signature] | 219 | 5/21/03 |

State of Connecticut
Department of Public Safety
Narrative Report
DPS-302-C (Rev. 02/02)

REPORT TYPE:
☑INITIAL CONTINUATION (ONLY CHECK WHEN SUBMITTED WITH 683-C)
☐SUPPLEMENTARY
☐RE-OPEN ☐ASSIST ☑CLOSING

INCIDENT NUMBER
DPS03-025091
Page 3 of 4

Action Taken:

On 05/20/03 at 2230 hrs this trooper was assigned by the Troop G deskman TFC Gregory #1380 to respond to the Bridgeport Correctional Center with TPR Glowacki #1430 for an assault on an inmate.

Upon our arrival, we met with Lt. Palaka. Lt. Palaka stated that two inmates had got into an altercation in Dayroom B4 and that one of the inmates was cut on the stomach with a shank. See attached case report by Lt. Palaka for full details. C/O's Lapolice and Mazzadra searched the dayroom and Lapolice found a 3" razor tipped shank with a white tapped handle stuck under a table in Dayroom B4. This trooper seized the shank (exhibit #1). The shank was processed and stored in the Troop G evidence lockers.

This trooper and TPR Glowacki #1430 interviewed both inmates. We first spoke with Emanuel Smith who verbally stated to us that he was in Dayroom B4. Smith stated that he asked Elliston to turn the fan on. Smith stated that Elliston refused. Smith stated that he asked Elliston to switch seats so he could sit under the fan and turn it on. Smith stated that Elliston refused and stood up and hit Smith. Smith stated that during the fight he had been cut by a shank. We observed Smith to have injuries consisting of two horizontal clean lacerations across his abdomen, and bruises and scrapes on his back and knees.

We then spoke with David Elliston who verbally stated that he was in Dayroom B4. Elliston stated that he had a cold. Elliston stated that he turned that fan off because he was sick. Elliston stated that he told Smith that he would not turn the fan back on because he was sick. Elliston stated at that time Smith grabbed him by his arms and pushed him out of his seat. Elliston stated that they began fighting but that he did not cut Smith with a shank. We observed Elliston to have scratches on his neck, back, and both arms. He also had a horizontal laceration on bottom tip of right index finger. The laceration was a clean cut without jagged edges. This type of cut is consistent with a sharp object. No other fingers were cut. This trooper believes that this laceration was caused by the metal razor blade of the shank.

Based on all the accumulated physical evidence and statements this trooper advised Smith that he was under arrest for Breach of Peace and he was read his notice of rights form which he signed and understood the same. Smith was then fingerprinted on UAR# 1301741. This trooper then advised Elliston that he would be under arrest for Breach of Peace and Assault 3rd and he was read his notice of rights form which he signed and understood the same. Elliston was fingerprinted on UAR# 1301742. A bond of $1000 dollars was placed on each inmate. Both were issued Temporary Surrenders and were

SECTION VI. ADMINISTRATIVE DISPOSITION (SECTIONS THAT DO NOT APPLY SHOULD BE LEFT BLANK)

SOLVABILITY FACTORS

☐SUSPECT NAMED ☐SUSPECT CAN BE IDENTIFIED ☐VEHICLE IDENTIFIED ☐WITNESS KNOWN
☐STOLEN PROPERTY TRACEABLE ☐PHYSICAL EVIDENCE ☐FINGERPRINTS LIFTED

| CASE STATUS | | TYPE OF EXCEPTIONAL CLEARANCE | | EXCEPT. CLEARANCE DATE |
|---|---|---|---|---|
| 2 | 1 ACTIVE 2 CLEARED BY ARREST 3 SUSPENDED 4 EXCEPTIONAL CLEARANCE 6 NO CRIMINAL ASPECT F FUGITIVE | N/A | A DEATH OF OFFENDER B PROSECUTION DECLINED C EXTRADITION DENIED D VICTIM REF TO COOPERATE E JUVENILE-NO CUSTODY | DATE EXCEPTIONALLY CLEARED N/A |

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN, DEPOSES AND SAYS THAT: I AM WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT (CASE) NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1) MY PERSONAL OBSERVATION AND KNOWLEDGE; OR (2) INFORMATION RELAYED TO ME BY OTHER MEMBERS MY POLICE DEPARTMENT OR OF ANOTHER ORGANIZED POLICE DEPARTMENT; OR (3) INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF AN ORGANIZED POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT. THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| PRINT INVESTIGATOR NAME | INVESTIGATOR SIGNATURE | INVESTIGATOR ID. | REPORT DATE |
|---|---|---|---|
| TPR G. Jupin | TPR [signature] | 334 | 05/21/03 |
| **PRINT SUPERVISOR NAME** | **SUPERVISOR SIGNATURE** | **SUPERVISOR ID.** | **APPROVAL DATE** |
| SGT.M.Maisano .209 | SGT [signature] | 209 | 05/21/03 |

| State of Connecticut<br>Department of Public Safety<br>Narrative Report<br>DPS-302-C (Rev. 02/02)  | REPORT TYPE:<br>☑INITIAL CONTINUATION (ONLY CHECK WHEN SUBMITTED WITH 683-C)<br>☐SUPPLEMENTARY<br>☐RE-OPEN ☐ASSIST ☑CLOSING | INCIDENT NUMBER<br>DPS03-025091<br>Page 4 of 4 |
|---|---|---|

detained at the Bridgeport Correctional Facility. Both are due to be arraigned at GA2, Bridgeport Superior Court on 05/21/03.

Accused #1

Smith, Emanuel Brock DOB: 11/09/69 B/M
Inmate # 232549
1106 North Ave.
Bridgeport, CT 06606

UAR: #1301741
Charge: Breach of Peace, C.G.S 53a-181
Court date: 05/21/03
Bond: $1000
Status: Issued Temporary Surrender; detained at Bridgeport Correctional Center

Accused #2

Elliston, David B. DOB: 01/19/76 B/M
Inmate # 298374
1106 North Ave.
Bridgeport, CT 06606

UAR: #1301742
Charges: Breach of Peace, C.G.S 53a-181
Assault 3rd, C.G.S 53a-61
Court date: 05/21/03
Bond: $1000
Status: Issued Temporary Surrender; detained at Bridgeport Correctional Center

Case Status: CASE CLOSED

SECTION VI. ADMINISTRATIVE DISPOSITION (SECTIONS THAT DO NOT APPLY SHOULD BE LEFT BLANK)

SOLVABILITY FACTORS

☐SUSPECT NAMED ☐SUSPECT CAN BE IDENTIFIED ☐VEHICLE IDENTIFIED ☐WITNESS KNOWN
☐STOLEN PROPERTY TRACEABLE ☐PHYSICAL EVIDENCE ☐FINGERPRINTS LIFTED

| CASE STATUS | | TYPE OF EXCEPTIONAL CLEARANCE | | EXCEPT. CLEARANCE DATE |
|---|---|---|---|---|
| 2 | 1 ACTIVE 2 CLEARED BY ARREST 3 SUSPENDED<br>4 EXCEPTIONAL CLEARANCE 6 NO CRIMINAL ASPECT<br>F FUGITIVE | N/A | A DEATH OF OFFENDER D VICTIM REF TO COOPERATE<br>B PROSECUTION DECLINED E JUVENILE-NO CUSTODY<br>C EXTRADITION DENIED | DATE EXCEPTIONALLY CLEARED<br>N/A |

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN, DEPOSES AND SAYS THAT: I AM WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT (CASE) NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1) MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2) INFORMATION RELAYED TO ME BY OTHER MEMBERS MY POLICE DEPARTMENT OR OF ANOTHER ORGANIZED POLICE DEPARTMENT: OR (3) INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF AN ORGANIZED POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT. THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| PRINT INVESTIGATOR NAME | INVESTIGATOR SIGNATURE | INVESTIGATOR ID. | REPORT DATE |
|---|---|---|---|
| TPR G. Jupin | TPR [signature] | 334 | 05/21/03 |
| **PRINT SUPERVISOR NAME** | **SUPERVISOR SIGNATURE** | **SUPERVISOR ID.** | **APPROVAL DATE** |
| SGT.M.Maisano 209 | SGT. [signature] | 209 | 05/21/03 |