```
CR940066397S, CR930100155S      :    SUPERIOR COURT
CR980124871S

STATE OF CONNECTICUT            :    STAMFORD/NORWALK

vs.                             :    AT NORWALK

EMANUEL B. SMITH                :    APRIL 7, 1999
```

B E F O R E:
    The Honorable Eddie Rodriguez, Jr., Judge

A P P E A R A N C E S:
    For the State of Connecticut
        Attorney Matthew Couloute

    For the Defendant
        Attorney Elizabeth Reid

                                      Court Clerk
                                      Madeline Opper

                                      Court Reporter
                                      Patricia A. Pernacchio

*[handwritten margin note: sentence on this day of 4-7-9?]*

|    |    |
|----|----|
| 1  | On Docket 6397, Count one, six years to |
| 2  | serve, probation is terminated. Count two, one |
| 3  | year concurrent -- docket ending 100155, |
| 4  | Violation of Protective Order, one year |
| 5  | consecutive. Count two, one year consecutive. |
| 6  | Total effective sentence -- years probation is |
| 7  | terminated, fees and costs are waived. <u>Total</u> |
| 8  | <u>effective sentence is eight years.</u> |
| 9  |     MR. COULOUTE:  Thank you. |
| 10 |     THE COURT:  Court stands in recess. |
| 11 | Sheriff? |
| 12 |     THE SHERIFF:  All rise, please. Court is i[n] |
| 13 | recess. |
| 14 |     (Off the record at 3:15 p.m.) |
| 15 |     THE COURT:  Sheriff, bring him back for one |
| 16 | moment. |
| 17 |     (Back on the record at 3:16 p.m.) |
| 18 |     THE COURT:  For the record, we're returnin[g] |
| 19 | to another matter Docketed CR812471 <u>State versus</u> |
| 20 | <u>Emanuel B. Smith, Jr.</u> |
| 21 |     MR. COULOUTE:  Your Honor. |
| 22 |     THE COURT:  Attorney Marantz is here. |
| 23 | Yes, sir? |
| 24 |     MR. COULOUTE:  There was some confusion [when] |
| 25 | the clerk asked me prior to you leaving the be[nch] |
| 26 | she shows on her docket two Violations of |
| 27 | Probation. Those are the only charges that re[main] |

```
 1    on each file and there was some confusion as to
 2    what the sentence was on each violation.
 3         THE COURT: Six on one and two on the other
 4    for a total of eight, that's what I said.
 5         MR. COULOUTE: Thank you, sir.
 6         THE COURT: If there's any confusion, Mada
 7    Clerk, just bring it up to my attention and I'll
 8    clarify it.
 9         THE CLERK: And there is property on this.
10         THE COURT: Thank you. Seized property i
11    the Violation of Probation cases?
12         THE CLERK: The other one.
13         THE COURT: Violation of Probation cases
14         THE CLERK: No.
15         THE COURT: Attorney Couloute, you'll
16    recall I'm sure as will Mr. Marantz, we select
17    jury on the criminal proceeding four count
18    information. The court heard argument and
19    testimony and ruled on a Motion to Suppress.
20    all occurred I believe on the sixth, and as I
21    recall the state, when I inquired because we
22    the jury present, indicated that it would no
23    the fourth count interfering/resisting charg
24         MR. COULOUTE: That's correct.
25         THE COURT: Attorney Marantz had reque
26    to be heard on bond argument, which obvious
27    moot now since we heard the Violation of Pr
```

```
 1    and he's a sentenced prisoner, I believe, so we
 2    can have a final judgement. The state should make
 3    some comment on the record regarding the first
 4    three. Counsel?
 5        MR. COULOUTE:  State has no other evidence
 6    to proceed in that matter, sir, on the first
 7    three, first three counts.
 8        MR. MARANTZ:  Your Honor, in light of the
 9    fact that the state is not proceeding on the othe
10    counts and in light of the court's decision
11    regarding our Motion to Suppress regarding the
12    remaining charges CR98124871, we would renew our
13    Motion to Dismiss based on lack of sufficient
14    evidence to justify the continuing of this
15    defendant on trial.
16        THE COURT:  Attorney Couloute, anything
17    else?
18        MR. COULOUTE:  No, sir.
19        THE COURT:  Counts one and three are
20    dismissed for lack of evidence and Count four
21    dismissed following a nolle by the state with
22    opportunity to proceed with a jury on the 6th
23    April that all counts are dismissed. Anythin
24    else, Attorney Marantz?
25        MR. MARANTZ:  There was a Count two as
26        THE COURT:  Count one, two and three ar
27    dismissed for the reasons I have stated and
```

```
 1              for the other reasons. Anything else, si[r]
 2                   MR. MARANTZ:  No, sir.
 3                   THE COURT:  Mr. Couloute?
 4                   MR. COULOUTE:  No, sir.
 5                   THE CLERK:  Property?
 6                   THE COURT:  Seized inventory here,
 7              narcotics, ordered destroyed and any per[sonal]
 8              effects to the rightful owner by way of
 9              statement or any other personal effects.
10              only three items as I recall?
11                   THE CLERK:  Cash of $93.
12                   MR. COULOUTE:  Can I have that pr[operty]
13              over, please.
14                   THE COURT:  Are there other pendi[ng]
15              companions?
16                   MR. COULOUTE:  I don't believe s[o]
17                   THE COURT:  Then the cash is ord[ered]
18              returned to the rightful owner, the na[rcotics]
19              destroyed and any personal effects to [the]
20              rightfull owner.  There are no pending
21              proceedings.  All right.
22                   THE DEFENDANT:  May I address t[he court]
23                   THE COURT:  No, talk to your la[wyer.]
24              stands in recess.
25                   THE SHERIFF:  All rise, please.
26              stands in recess.
27
```

```
 1                    (Whereupon, the above case recessed at
 2              3:30 p.m.)
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
```

| | | |
|---|---|---|
| CR940066397S, CR930100155S<br>CR980124871S | : | SUPERIOR COURT |
| STATE OF CONNECTICUT | : | STAMFORD/NORWALK |
| | : | AT NORWALK |
| vs. | | |
| EMANUEL B. SMITH | : | APRIL 7, 1999 |

    I, Patricia A. Pernacchio, Court Reporter for the Superior Court, County of Fairfield do hereby certify that the foregoing is a true and accurate transcription of my steno notes taken in the above described case.

*Patricia A. Pernacchio*
Patricia A. Pernacchio
Court Reporter