```
              UNITED STATES DISTRICT COURT
                DISTRICT OF CONNECTICUT
```

EMMANUEL B. SMITH, JR.,
    Petitioner
                                        PRISONER
                            CASE NO. 3:03cv676 (RNC)
    v.

JOHN TARASCIO, et al.,
    Respondents

### SECOND NOTICE TO PETITIONER

    On November 25, 2003, the court issued a notice to petitioner informing him that as a result of the Court's November 10, 2003 Ruling, he had two options: "(1) withdrawing his unexhausted claims and proceeding on the exhausted claim only, or (2) having the court dismiss all the claims without prejudice." Not. to Pet. at 1.  The court notified the petitioner that

> if he withdraws the unexhausted claims in order to proceed on the exhausted claim at this time, with the intention of presenting the unexhausted claims to this court after they have been exhausted, **he will run the risk that any such subsequent petition presenting those claims might be subject to dismissal as a second or successive petition.** See 28 U.S.C. 2244(b).  If on the other hand, he chooses to have the court dismiss all claims in the petition without prejudice, there will be no such risk.

Id. (emphasis added).  This notice was not docketed until December 8, 2003.

    The court has received petitioner's response to the court's November 10, 2003 Ruling indicating that he would like to proceed on the exhausted claim and withdraw the unexhausted claims.  The

response is dated December 5, 2003. Because it is evident that the petitioner did not receive the court's November 25, 2003 Notice prior to filing his response, the court issues this second notice.

The petitioner is directed to file a notice with the court indicating whether he chooses to proceed only as to the exhausted claim and to withdraw the unexhausted claims[1] or whether he chooses to have the court dismiss all claims without prejudice to re-filing after he has exhausted all of this claims. The court again cautions the petitioner that if he chooses to proceed only as to the exhausted claim, "with the intention of presenting the unexhausted claims to this court after they have been exhausted, **he will run the risk that any such subsequent petition presenting those claims might be subject to dismissal as a second or successive petition.** See 28 U.S.C. 2244(b)." Id. The notice shall be filed within thirty days of the date of this order.

**SO ORDERED** this 19th day of December, 2003, at Bridgeport, Connecticut.

```
_____/s/_____
      Holly B. Fitzsimmons
    United States District Judge
```

---

[1] If the petitioner chooses to proceed only as to the exhausted claim, he must file an amended petition including that claim. He may contact the Clerk's Office for the appropriate amended petition form.