UNITED STATES DISTRICT COURT
District of Connecticut

Emmanuel Smith
petitioner
vs.
John Tarascio - Warden,
Theresa Lantz,
Bowland

FILED
2003 JUL 29 P 2:43
US DISTRICT COURT
BRIDGEPORT CT

Case 3:03 CV 676 (RNC)

...t for release and/or immediate hearing on this petition and order ...alter ford - new warden of bridgeport to produce the body ... honorable court.

...jurisdiction pursuant to U.S.C. 2254 person in state custody;
... was involuntarily placed in Bridgeport correctional date 12-10-02, by order of Stamford court G.A.1, ...airfield county;

...s being held involuntarily by walter ford - new warden correctional center, of connecticut.

...ore, petitioner prays that this court:

...ler authorizing petitioner's release from involuntary place— Bridgeport Correctional facility, or;

...t of habeas corpus commanding walter ford - new warden ...eport Correctional facility to produce the body of your ...fore this honorable court for a hearing on this petition ...habeas corpus; and

...believes that he is being deprived of his freedom for legal reason.

...elieves that his confinement is illegal because of the ...sons:

...ue definitely put here for this honorable court—

February 10, 2004. Smith v. Tarascio, 3:03cv00676 (RNC)
Re: Request for Release and/or Immediate Hearing [Doc. #4]
Denied. Inasmuch as petitioner has not yet filed a procedurally acceptable petition, the relief requested would be premature.
So ordered.
Robert N. Chatigny U.S.D.J.