UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EMMANUEL SMITH,

    Petitioner,

V.

    CASE NO. 3:03CV00676 (RNC)
    PRISONER

JOHN TARASCIO, et al.,

    Defendant.

## THIRD NOTICE TO PETITIONER

Petitioner is directed to file a second amended petition correcting the following errors in the amended petition: (1) The answer to Question 13(f) describes the issues raised in the prosecution's appeal of the trial judge's suppression of evidence. Instead, it should describe the grounds on which petitioner is currently appealing his conviction. Questions 11 to 16 refer to petitioner's appeal from the judgment of conviction. (2) Petitioner lists four grounds for habeas relief, all of which refer to petitioner's sole exhausted ground for relief, which is his Fourth Amendment claim regarding an unlawful search and seizure. Petitioner should submit this claim as only one ground for relief.

So ordered.

Dated at Hartford, Connecticut this 10th day of February 2004.

    Robert N. Chatigny
    United States District Judge