(

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

FILED

2004 MAR 11  P 4: 13

U.S. DISTRICT COURT
BRIDGEPORT, CONN

# AMENDED APPLICATION FOR A WRIT OF HABEAS CORPUS
# PURSUANT TO 28 U.S.C. § 2254
# BY A PERSON IN STATE CUSTODY

_Emmanuel B. Smith JR._ , Petitioner,
232549
**Full Name and Prisoner Number**

_Bridgeport cerection center_
**Complete Prison Address (Place of Confinement)**

_1106 North Avenue_

_Bridgeport, connecticut. 06604_

Case No. _3:03cv676 (RNC)_
(To be supplied
by the Court)

v.

_John Tarasci_ , Respondent, _new warden. walter ford,_
(Name of Warden or authorized person
having custody of petitioner)
(Do not use **et al.**)

and

_Theresa Lantz_ , Additional Respondent. _commissioner of department of correction,_
(List additional persons having custody
of petitioner, if any)
_John G. Rowland_

Note: If the applicant is challenging a judgment which imposed a sentence to be served
in the future, applicant must fill in the name of the state where the judgment of
conviction was entered.  If the applicant has a sentence to be served in the future under
a federal judgment, which he/she wishes to challenge, he/she should file a motion
under 28 U.S.C. § 2255, in the federal court which entered the judgment.

## CONVICTION BEING CHALLENGED

1) Name and location of the court which entered the judgment of conviction you are challenging _Stamford court of connecticut - CofA. 1 one, 123 Hoyt Street, Stamford, connecticut. 06905_

2) Date judgment of conviction was entered _Judgement 12-10-02, sentence 1-13-03_

3) Case number (in state court) _CR9B-0124871-5, S.C. -16254 ,_

4) Type and length of sentence imposed _7 years to serve_

5) Nature of the offense involved (all counts) _53a-167 interfecing, 21a-278(a) possession of narcotics with intent to sell, 21a-278a(b) possession of narcotic within 1500 feet of housing project, 21a-279(a) possession of narcotic ._

6) What was your plea? (check one)
   Not Guilty _✓_   Guilty ___   Nolo Contendere ___

7) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to:
   _No guilty plea for any count, not guilty for all counts_

8) If you entered a plea of guilty pursuant to a plea bargain, state the terms and conditions of the agreement _no guilty plea_

9) Kind of trial (check one)   Jury _✓_ Judge only ___

10) Did you testify at trial?   Yes ___   No _✓_

## DIRECT APPEAL

11)   Did you appeal from the judgment of conviction?     Yes ✓ No ___

12)   If you did not appeal, explain briefly why you did not: _____

_____

_____

(a)    Did you seek permission to file a late appeal? Yes ___ No ___

13)   If you did appeal, answer the following:

(a)    Name of court: supreme court - Appellate court

(b)    Docket number (if you know): S.C. 16254, New - A.C. 23977,

(c)    Result (attach a copy if you have one): copy attached to first Amended petition.

(d)    Date of result (if you know): For S.C.16254 was July 31, 2001. For the new Appeal for the same case A.C. 23977. result not known yet.

(e)    Citation to the case (if you know): copys are attached with first Amended petition

(f)    Grounds raised: whether the court erred in denying the defendant's motion for disclosure of confidential informant; whether the court erred in granting the state's motion in limine, whether the court erred in certain other of its rulings at trial, whether the court erred in it's instructions to jury on possession, whether the court erred in certain other of its instructions to the jury, such other errors as may become apparent upon a review of this case.

14)   If your appeal was denied by the Connecticut Appellate Court, did you file a petition for certification with the Connecticut Supreme Court?   Yes ___ No ✓

      Appeal was not denied.

15)   If you sought certification, answer the following:

(a)    Date of decision (if you know): none - no certification was needed.

(b)    Citation to the case (if you know): none - no certification was needed.

(c)    Grounds raised (or attach a copy of the petition for certification if you have

one): _____ *none — no certification was needed.* _____

_____

_____

16).  Did you file a petition for certiorari in the United States Supreme Court?
      Yes____  No  ✓

      If yes, answer the following:

      (a)    Docket number (if you know): _____

      (b)    Result: _____

      _____

      (c)    Date of result (if you know): _____

      (d)    Citation to the case (if you know): _____

      (e)    Grounds raised: _____

      _____

      _____

      _____

      _____

## POST-CONVICTION PROCEEDINGS

17) Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any state court?     Yes ✓ No ___ On 8-21-03

18) If your answer to Question 17 was "Yes," give the following information:

(a)     FIRST petition, application or motion.

(1) Name of court: Superior court G.A.2, 1061 main street, Bridgeport Connecticut, 06601

(2) Docket number (if you know): CV-03-0403 151-S (2BG)

(3) Nature of proceeding: The court has done nothing to help move this case along at my liberty's expense.

(4) Grounds raised: _____

_____ There is a copy attached to the First and second Amended application For a writ of Habeas corpus with the grounds raised that's still part of this case file.

_____

_____

(5) Did you receive an evidentiary hearing on your petition, application or motion? Yes ___ No ✓ I been given the runaround by these state courts, one reason being is because of the money made from gover-

(6) ~~Result:~~ ment grants.

(7) Date of result (if you know): _____

(8) Did you appeal the result to the highest state court having jurisdiction? Yes ___ No ___

If you did appeal, give the name of the court where the appeal was filed, the result, the case number, citation and date of the court's decision (or attach a copy of the court's opinion or order)

_____

_____

(9) If you did not appeal, briefly explain why you did not: no response as of yet.

5

Se., (98., Se., (9+., 5+., )3+.,)

## Supporting Facts, State and Federal law.

①.(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure,

②.(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest, there was no probable cause found on 8-27-98 for the charge Interfere with offcr/Resisting type/**class**= m/A - CGS/PA number: 53a-167a, and this charge was the reason as to why the supreme court of connecticut seen exigent circumstances and my dismissal for docket number CR98-124871-T-S was reversed and the case was remanded for further proceeding <u>according to law</u>. Also this charge of Interfere with offcr/Resisting
(CGS)
section 53a-167a no probable cause found puts further proceedings in violation of connecticut General Statutes section 53-39. malicious prosecuti

③.(e) Conviction obtained by a violation of the privilege against self-incrimination,

④.(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose evidence favorable to the defendant,

⑤.(g) Conviction obtained by a violation of the protection against double jeopardy,

⑥. Trial judge, and prosecution deprived jury of its fact-finding duty for second trial on dates 11-21-02 thru 12-10-03,

⑦. Prosecutorial misconduct,

⑧. State also used perjured testimony at trial and allowed untrue testimony to go uncorrected,

⑨. denial of effective assistance of counsel.

⑩. discriminatory application of penal laws by state Judicial and Quasi-Judicial officers, or state officials playing the shell game of rights and remedie

⑪. Punishment as a pre-trial detainee.

(10)    If your appeal was decided by the Connecticut Appellate Court, did you file a petition for certification to appeal the decision to the Connecticut Supreme Court? Yes _____ No _____

(11)    If you sought certification, give the citation and date of the court's decision or attach a copy of the decision. Also attach a copy of the petition for certification or list the issues for which certification was sought.

_____

_____

_____

_____


(b) As to any SECOND petition, application or motion, give the following information:

    (1)    Name of court: _____ none _____

    (2)    Docket number (if you know): _____

    (3)    Nature of proceeding: _____

    (4)    Grounds raised: _____

_____

_____

_____

_____

    (5)    Did you receive an evidentiary hearing on your petition, application or motion? Yes __ No __

    (6)    Result: _____
    (7)    Date of result (if you know): _____

    (8)    Did you appeal the result to the highest state court having jurisdiction? Yes __ No __

If you did appeal, give the name of the court where the appeal was filed,

the result, the case number, citation and date of the court's decision (or attach a copy of the court's opinion or order)

_____

_____

(9)    If you did not appeal, briefly explain why you did not: _____

_____

(10)    If your appeal was decided by the Connecticut Appellate Court, did you file a petition for certification to appeal the decision to the Connecticut Supreme Court? Yes ____ No ____

(11)    If you sought certification, give the citation and date of the court's decision or attach a copy of the decision. Also attach a copy of the petition for certification or list the issues for which certification was sought.

_____

_____

_____

_____

c)    As to any THIRD petition, application or motion, give the following information:

(1)    Name of court: _____

(2)    Docket number (if you know): _____

(3)    Nature of proceeding: _____

(4)    Grounds raised: _____

_____

_____

_____

_____

(5)    Did you receive an evidentiary hearing on your petition, application or motion? Yes __ No __

(6)    Result: _____

(7)    Date of result (if you know): _____

(8)    Did you appeal the result to the highest state court having jurisdiction? Yes __ No __

If you did appeal, give the name of the court where the appeal was filed, the result, the case number, citation and date of the court's decision (or attach a copy of the court's opinion or order)

_____

_____

(9)    If you did not appeal, briefly explain why you did not: _____

_____

(10)    If your appeal was decided by the Connecticut Appellate Court, did you file a petition for certification to appeal the decision to the Connecticut Supreme Court? Yes ___ No ___

(11)    If you sought certification, give the citation and date of the court's decision or attach a copy of the decision. Also attach a copy of the petition for certification or list the issues for which certification was sought.

_____

_____

_____

_____

## CLAIMS

19)    State concisely every ground on which you claim that you are being held in violation of the Constitution, laws or treaties of the United States. Summarize briefly the **facts** supporting each claim. If necessary, you may attach extra pages stating additional claims and supporting facts. You should raise in this petition all claims for relief which relate to the conviction being challenged.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.**

Ground One: exhausted Fourth Amendment claim. Note-attached is a page asking if at all possible could the Four grounds for habeas relief be added through sixth Amendment claim of ineffective counsel based on deficient representation in litigation a fourth Amendment fundamental fairness issue. If not, I would like to proceed on the single exhausted Fourth Amendment claim. Thank you for your time in this matter.

(a)    Supporting Facts (Do not argue or cite law. Just briefly state the facts that support your claim): At my arraignment there was no determination of probable cause for charge interfering 53a-167a which was the reason for my original arrest and incident to search of a car that I was not a occupant nor positively linked to. Also the automobiles owner was determine during the fifteen minutes of surveillance, that owner being Acarde Andre Dozier. In addition I was requnized by one officer name Larry Eissenstein over a 100 feet away, in fenced in construction yard. I was searched incident to arrest and did not yield any contraband. After arrest, police opted to remove me from the fenced in construction yard over a 100 feet away from the car and transport me handcuff not to a hospital or a police station, but rather to the lock car belonging to Acarde Andre Dozier. Also I'm being made to suffer because I'm addicted at the time to narcotics. In officer Larry Eissenstein statement, he said that informant never provided information that Marlene handle drugs (Note in the police report it states something different, that shows that police lied in the statement under oath to the court) On date 8-26-98 the police took action to creat a problem to justify search and seizure. Also police stated that I was seen doing nothing wrong on the date 8-26-98. This statement was given on 4-6-99.

(b)    If you did not exhaust your state court remedies on Ground One, briefly explain why: _____

_____

(c)    Direct Appeal of Ground One:

(1)    If you appealed from the judgment of conviction, did you raise this issue?    Yes ✓    No _____

(2)    If you did **not** raise this issue in your direct appeal, briefly explain why: _____

_____

(d)    Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for

Additional pages attached. Attached is a full account as to that which happen as well as a police report and transcripts from date 8-26-98. From the First amended habeas corpus. Supporting facts. From the First account of habeas corpus.

9

habeas corpus in a state trial court?    Yes _____    No _____

(2) If your answer to Question (d)(1) is "Yes," state the type of motion or petition, the name and location of the court where the motion or petition was filed, the case number (if you know), the date of the court's decision, and the result.  Attach a copy of the court's opinion or order, if available: superior court - 1061 main street - P.O. Box 190, Bridgeport, connecticut 06601 - C.A.2. CV-08-0403151-5 (2BL) Note I don't want to have to wait till this court comes to a conclusion because all these state courts do is cover up the wrong doings done to defendants, nor do I trust the courts to do the right things.

_____

_____

(3)    Did you receive a hearing on your motion or petition? Yes _____    No ✓ Also know its been over 9 months and I still have not had a hearing on any of my issues with Habeas corpus,

(4)    Did you appeal from the denial of your motion or petition? Yes _____    No _____

(5)    If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    Yes _____    No _____

(6)    If your answer to Question (d)(5) is "Yes," state the name and location of the court where the appeal was filed, the case number (if you know), the date of the court's decision, and the result.  Attach a copy of the court's opinion or order, if available: _____

_____

_____

_____

(7)    If your answer to Question (d)(4) or Question (d)(5) is "No," briefly explain why you did not raise this issue: nothing has been done yet by the court - nothing !!!

_____

_____

(e)    Other Remedies: Describe any other procedures, such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _____

10

_____

_____

**Ground Two:** _____

_____

_____

(a)    Supporting Facts (Do not argue or cite law. Just briefly state the facts that support your claim): _____

_____

_____

_____

_____

_____

_____

_____

(b)    If you did not exhaust your state court remedies on Ground Two, briefly explain why: _____

_____

(c)    Direct Appeal of Ground Two:

     (1)    If you appealed from the judgment of conviction, did you raise this issue?    Yes _____    No _____

     (2)    If you did **not** raise this issue in your direct appeal, briefly explain why: _____

     _____

(d)    Post-Conviction Proceedings:

     (1) Did you raise this issue through a post-conviction motion or petition for

11

habeas corpus in a state trial court?    Yes _____    No _____

(2) If your answer to Question (d)(1) is "Yes," state the type of motion or petition, the name and location of the court where the motion or petition was filed, the case number (if you know), the date of the court's decision, and the result.  Attach a copy of the court's opinion or order, if available:

_____

_____

_____

_____

_____

(3)    Did you receive a hearing on your motion or petition?
Yes _____    No _____

(4)    Did you appeal from the denial of your motion or petition?
Yes _____    No _____

(5)    If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    Yes _____    No _____

(6)    If your answer to Question (d)(5) is "Yes," state the name and location of the court where the appeal was filed, the case number (if you know), the date of the court's decision, and the result.  Attach a copy of the court's opinion or order, if available: _____

_____

_____

_____

(7)    If your answer to Question (d)(4) or Question (d)(5) is "No," briefly explain why you did not raise this issue: _____

_____

_____

(e)    Other Remedies: Describe any other procedures, such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: _____

_____

_____

20)    Please answer these additional questions about the petition you are filing:

(a)    Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? Yes _____ No _____

If your answer is "No," state which grounds have not been so presented and briefly give your reason(s) for not presenting them: _____

_____

_____

(b)    Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and briefly state your reasons for not presenting them: _____

_____

_____

## SUCCESSIVE APPLICATIONS

This court is required to dismiss any claim presented in a second or successive petition that the federal court of appeals has authorized to be filed unless the applicant shows that each claim satisfies the requirements of 28 U.S.C. § 2244, <u>as amended by</u> Title I of the Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, § 106, 110 Stat. 1214 (Apr. 24, 1996).

21)    Have you previously filed any type of petition, application or motion in a federal court regarding the conviction you challenge in this petition? Yes _____ No _✓_

If "Yes," state the name and location of the court, the case number, the type of proceeding, the issue raised, the date of the court's decision, and the result for each petition, application or motion filed. Attach a copy of any court opinions or orders, if available: _____

_____

_____

_____

13

_____

_____

22)  If the answer to Question 21 is "Yes" and you are raising a claim that you did not
presented in a prior federal petition, application or motion, have you obtained an
order from the United States Court of Appeals for the Second Circuit authorizing
this district court to consider this petition?   Yes ___ No ___

If "Yes," please attach a copy of the order.

23)  Do you have any petition or appeal **now pending** (filed and not decided yet) in
any court, either state or federal, for the judgment you are challenging?
Yes _____    No _____

If "Yes," state the name and location of the court, the case number, the type of
proceeding and the issues raised: _____

_____

_____

_____

_____

## LEGAL REPRESENTATION

24)  Give the name and address, if known, of each attorney who represented you in
the following stages of the judgment you are challenging:

(a) At preliminary hearing  Public Defender - Howard Ehring, Special
public Defender - David J. Marantz

(b) At arraignment and plea  Public Defender - Howard Ehring, Esq.

_____

(c) At trial  Special public Defender - David J. Marantz, Esq.

_____

(d) At sentencing _Special public Defender - David J. Marantz, Esq._

_____

(e) On appeal _Neal Cone, Esq, Assistant public Defender, Lauren Weisfeld Assistant public Defender._

(f) In any post-conviction proceeding _Special public Defender - David J. Marantz, Esq._

(g) On appeal from any adverse ruling in a post-conviction proceeding _____

_____

25)  Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time? Yes _____ No ✔

26)  Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? Yes _____ No ✔

(a)  If "Yes," give the name and location of the court that imposed the other sentence you will serve in the future:_____

_____

(b)  Give the date the other sentence was imposed: _____

(c)  Give the length of the other sentence: _____

(d)  Have your filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future? Yes _____ No _____

## TIMELINESS OF PETITION

27)  If the judgment of conviction you are challenging in this petition became final over one year ago, you must explain why the one-year statute of limitations as codified in 28 U.S.C. § 2244(d) does not bar your petition.[1]

_____

[1]The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"), as codified in 28 U.S.C. § 2244(d), provides in part that:

(1) A 1-year period of limitation shall apply to an application for writ of habeas corpus by a person in custody pursuant to the judgment of a State court.  The limitation period shall run from the latest of–
      (A) the date on which the judgment became final by the conclusion of

28)    Are you presently serving a sentence imposed for a conviction other than the
conviction being challenged in this motion?   Yes ___    No ✓

Wherefore, petitioner prays that the court grant him such relief to which he may be
entitled in this proceeding.  Immediate  release

_Earl Sith_
**Petitioner's Original Signature**                                      _____
                                                                         Signature of Attorney (if any)

  282549                                                                 _____
Petitioner's Inmate Number

                                                                         _____
                                                                         Attorney's Full Address and
                                                                         Telephone Number

_____

                direct review or the expiration of the time for seeking such review;
                (B) the date on which the impediment to filing an application created by
                State action in violation of the Constitution or laws of the United States is
                removed, if the applicant was prevented from filing by such state action;
                (C) the date on which the constitutional right asserted was initially
                recognized by the Supreme Court, if the right has been newly recognized
                by the Supreme Court and made retroactively applicable to cased on
                collateral review; or
                (D) the date on which the factual predicate of the claim or claims
                presented could have been discovered through the exercise of due
                diligence.
                (2) The time during which a properly filed application for State post-conviction or
                other collateral review with respect to the pertinent judgment or claim is pending
                shall not be counted toward any period of limitation under this subsection.

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the petitioner in this action, that he/she has read this petition and that the information contained in the petition is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _Bridgeport correction center_ on _2-23-04_.
            (Location)         (Date)

**Petitioner's Original Signature**

CERTIFICATION

I hereby certify that a copy of the foregoing pleading, document was mail/presented to defendant at Bridgeport correction center, 1106 North Avenue - Bridgeport ct 06606 on date 3-2-, 2004

_Emmanuel Smith_