Emmanuel Smith

v.

Theresa Lantz - commissioner

United States District of Connecticut

FILED  Case No: 3:03 CV 676 (RNC)

2006 JUL 27 A 9:00  Date: July 22-2006

U.S. DISTRICT COURT

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56(a),(b),(8a and any applicable rules and procedures of the federal Rules of civil procedure. I Emmanuel Smith petitioner, move for summary judgment on the following grounds. Allen v. Wright, 468 US 737, 82 LEd2d 556, 104 SCt 3315 (1984); Keymell Corp. v. Weinstein, 33 F3d 159 (2nd Cir 1994)

① Exhausted ground for relief is conviction based on evidence obtained in violation of the fourth Amendment and president U.S. SURPREME court rulings as well as 2nd Cir case law.;

② Arrest was unlawful.;

③ No probable cause found for original arrest - charge of interfering sec 53a-167a.;

④ Prosecution for charge with no probable cause.;

⑤ These previously stated acts put prosecution in violation of law as well as federal constitutional law. Violations under state law are C.G.S sections 54-1f(b)(d), malicious prosecution 53-39, Connecticut Rules of court section 37-12 Determination of probable cause for defendant in custody, also violation under U.S. SUPREME COURT ruling - Ornelas v. U.S., 517 US 690, 695 (1996).;

⑥ The search of the care was incident to a nonvalid arrest. To properly conduct a search incident to arrest the police must make a full custodial arrest. see Robinson, 414 U.S. at 235; Knowles v. Iowa, 525 US. 113, 115 (1998); New York v. Belton, 453 U.S. 454, 461 (1981); Michigan v. DeFillippo, 443 US. 31, 35 (1979); US. v. Robinson, 414 US. 218, 235 (1973); US v. Campa, 234 F.3d 733, 739 (1st Cir. 2000).

⑦ Previously listed grounds all refer to sole exhausted ground for habeas relief.

⑧ With the facts given to this honorable court show no genuine factual

dispute with the grounds given. see Keywell CORP. V. WEINSTEIN, 33 F3d 159 (2nd cir. 1994).

Wherefore I Emmanuel Smith, the petitioner prays that this court:

A.) Authorize immediate reversal of the case previously stated and/or
B.) Authorize immediate release from involuntary placement in connecticut Department of correction and/or
C.) Any other relief this honorable court deems appropriate.

Thank you for your time in this matter.

In-addition also attached for factual affirmation of claims is the following: two court orders, Record table of contents, Police Report, Arraignment transcripts, mittimus, connecticut supreme court transcripts.

*Emmanuel Smith*
*petitioner*

### CERTIFICATION

I hereby certify that a copy of the foregoing pleading, document was mailed/presented to defendant at 24 Wolcott Hill Rd. Wethersfield, Ct. 06109 on date July 22-2006, 2006.

*Emmanuel Smith*
*petitioner*