**SUPERIOR COURT**

DOB: 11/09/1969
DISPOSITION DATE:

ORIGINAL INFORMATION: YES    COURT DATE: 08/27/1998    AT: GA01 - STAMFORD    DOCKET NO.: CR98-0124871-S

The undersigned, Deputy Assistant State's Attorney of the Superior Court or the State of Connecticut, in said Geographical Area, on his oath of office complains, deposes, and alleges that he has reason to believe and does believe that

SMITH EMMANUEL B JR
87 MYANO LN, STAMFORD, CT 00000

Did commit the crimes recited below:

Count: 001    POSSESSION OF NARCOTICS              Type/Class: F/U  At: STAMFORD
On or About: 08/26/1998                           In Violation Of CGS/PA No: 21a-279(a)

Count: 002    SALE OF CERTAIN ILLEGAL DRUGS        Type/Class: F/U  At: STAMFORD
On or About: 08/26/1998                           In Violation Of CGS/PA No: 21a-278(a)

Count: 003    CNT SUB WI 1500' SCH/HSG/DY CR       Type/Class: F/U  At: STAMFORD
On or About: 08/26/1998                           In Violation Of CGS/PA No: 21a-278a(b)

| X SEE OTHER SHEETS FOR ADDITIONAL COUNTS | DATE | SIGNED (DEPUTY ASST. STATES ATTORNEY) |
|---|---|---|
|  |  |  |

**COURT ACTION**

xxxxxx

001

002

003

COPY

P. CT. JDCR 701 DP REV ...  **SUPERIOR COURT**  DOB: 11/09/1969

IGNAL INFORMATION: YES   COURT DATE: 08/27/1998   AT: GA01 – STAMFORD   DISPOSITION DATE:   DOCKET NO.: CR98-0124871-S

The undersigned, Deputy Assistant State's Attorney of the Superior Court or the State of Connecticut, in said Geographical Area, on his oath of office complains, deposes, and alleges that he has reason to believe and does believe that

SMITH EMMANUEL B JR
87 MYANO LN, STAMFORD, CT 00000

Did commit the crimes recited below:

Count: 004   INTERFERE WITH OFFCR/RESISTING   Type/Class: M/A   At: STAMFORD
On or About: 08/26/1998   In Violation Of CGS/PA No: 53a-167a

| SEE OTHER SHEETS FOR ADDITIONAL COUNTS | DATE | SIGNED (DEPUTY ASST. STATES ATTORNEY) |
|---|---|---|

**COURT ACTION**

xxxxxx

004

*and these charges even on sentencing*

# INFORMATION
JD-CR-71 Rev. 2-98

## STATE OF CONNECTICUT
## SUPERIOR COURT

**DISPOSITION DATE**

### TITLE, ALLEGATION AND COUNTS

| STATE OF CONNECTICUT VS. (Name of Accused) | G.A. NO. | DOCKET NO. |
|---|---|---|
| SMITH, EMMANUEL B., JR. | 1 | CR98-0124971-S |

**ADDRESS:** 87 MYANO LANE, STAMFORD, CT

**TO BE HELD AT (Town):** STAMFORD

**COURT DATE:**

The undersigned Deputy Assistant State's Attorney of the Superior Court of the State of Connecticut on oath of office complains, deposes, and alleges that said Deputy Assistant State's Attorney has reason to believe and does believe that:

| | CONTINUED TO | PURPOSE | REASON |
|---|---|---|---|

**FIRST COUNT - DID COMMIT THE OFFENSE OF** POSSESSION OF NARCOTICS
**AT (Town):** STAMFORD   **ON OR ABOUT (Date):** 8/26/98   **IN VIOLATION OF GENERAL STATUTE NO.:** 21a-279 (a)

**SECOND COUNT - DID COMMIT THE OFFENSE OF** POSESSION OF NARCOTICS WITH INTENT TO SELL
**AT (Town):** STAMFORD   **ON OR ABOUT (Date):** 8/26/98   **IN VIOLATION OF GENERAL STATUTE NO.:** 21a-278 (a)

**THIRD COUNT - DID COMMIT THE OFFENSE OF** POSS. OF NARC. WITHIN 1500 FT. OF HOUSING PROJECT
**AT (Town):** STAMFORD   **ON OR ABOUT (Date):** 8/26/98   **IN VIOLATION OF GENERAL STATUTE NO.:** 21a-278a (b)

☐ SEE OTHER SHEET(S) FOR ADDITIONAL COUNTS
**DATE:** 11/21/02
**SIGNED (Deputy Asst. State's Attorney):**

---

**DEFENDANT ADVISED OF RIGHTS BEFORE PLEA** (JUDGE) (DATE)
☐ ATTORNEY  ☐ PUB. DEFENDER  ☐ GUARDIAN
**BOND**  **SURETY**  ☐ 10%  ☐ CASH
**ELECTION** (Date)  ☐ CT  ☐ JY
**BOND CHANGE**
**SEIZED PROP. INVENTORY NO.**

| COUNT | PLEA DATE | PLEA | PLEA WITHDRAWN DATE | NEW PLEA | VERDICT FINDING | FINE | REMIT | ADDITIONAL DISPOSITION |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | $ | $ | |
| 2 | | | | | | $ | $ | |
| 3 | | | | | | $ | $ | |

| DATE | OTHER COURT ACTION | JUDGE |
|---|---|---|
| | | |

**RECEIPT NO.**  **COST** ☐ IMP ☐ NCI  **BOND INFORMATION** ☐ BOND FORFEITED  ☐ FORFEITURE VACATED  ☐ FORFEITURE VACATED AND BOND REINSTATED
**APPLICATION FEE - RECEIPT NO.**  CIRCLE ONE  W I O
**PROGRAM FEE - RECEIPT NO.** IF PAID  CIRCLE ONE  W I O
**PROBATION FEE - RECEIPT NO.** IF PAID  CIRCLE ONE  W I O
**STATE ATTORNEY ON ORIG. DISPOSITION**  **REPORTER/MONITOR ON ORIG. DISP.**  **SIGNED (CKO)**  **SIGNED (CKO)**

# STAMFORD POLICE DEPARTMENT
## INCIDENT REPORT

| DATE | 08/26/98 | TYPE OF INCIDENT | narcotics investigation | LOCATION OF INCIDENT | 186 Greenwich Ave. | INCIDENT CODE | 18 | INVESTIGATING OFFICER | Narcotics Unit | YEAR | 98 | | 08 | | 26 | | 012|2|6 |

**Investigating Officers**

| # | LAST NAME | FIRST NAME | M.I. | SEX | RACE | HGT | WGT | DOB MO/DAY/YR | ADDRESS | TELEPHONE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Smith | Marlene | | f | Bl | 10 | 2954 | | 77 Richmond Hill Ave., Stamford, Ct. | 348-1625 |
| | SMITH Jr. | Emmanuel | | m | Bl | | | 11 09 69 | 87 Myano Lane, Stamford | |

**ARRESTS** — see body of report

**PROPERTY**

**Details:**

1. Wednesday, August 26, 1998, (1215) hrs./ Officers Larry Eisenstein, Douglas Robinson, Wayne "Scutari"
2. On the above time and date, the above members of the Stamford Police Department Narcotics and
3. Organized Crime Unit received information from a confidential informant who has proven reliable on
4. at least ten prior occasions providing the Officers with information pertaining to narcotics
5. activity which resulted in arrests and convictions and the seizure of quantities of narcotics and
6. cash. The c/i stated that there was a vehicle parked in the parking lot at the front of 186
7. Greenwich Ave. which contained an unspecified quantity of crack cocaine. That the drugs were being
8. kept there by a Black male who had just arrived at the location in the company of a female who the
9. female knows as "Marlene". That the c/i further stated that the female, "Marlene" was in possession
10. of an additional amount of crack cocaine which she now held in her right front pants pocket.
11. The c/i described the male suspect as being approx. 6 feet tall, over 200pounds, muscular build,

# Stamford Police Department
## INCIDENT REPORT NARRATIVE SUPPLEMENT

**INCIDENT #:** 98 018 026 116
**INVESTIGATING OFFICER:** 718 Narcotics Unit
**INCIDENT #:** 5373

| TYPE OF INCIDENT | LOCATION OF INCIDENT |
|---|---|
| narcotics investigation | 186 Greenwich Ave. |

**DATE REPORTED:** 08/26/98

1. mustache and beard, and wearing a black tee shirt, blue jeans and sneakers. The c/i described the
2. vehicle as being a gray colored 2 door Oldsmobile Cutlass with a blue half vinyl top and bearing
3. Ct. reg. 679-MBX.
4. The Officers arrived at the scene and set up a surveillance of the vehicle which was parked in the
5. lot and unoccupied. At approx. 1230 hrs., the Officers observed a Black male who fit the description
6. given by the c/i regarding the Black male suspect. The Officers observed the male walk to the
7. driver side of the vehicle and open the door with a key which he had in his right hand.
8. The Officers then observed the male lean into the front driver side of the vehicle and reach down
9. toward the front driver side floor. The suspect then raised up and out of the vehicle and closed
10. and locked the door. At this time the Officers moved in. The suspect observed the presence of the
C. 1. Officers and began to flee on foot in the direction of Pulaski St. The Officers pursued the suspect
2. into a fenced in area owned by O&G Corp. a concrete supply company. The area is fenced in and the
3. Officers were able to corner the suspect by a fence which borders the Rippowam River.
4. Upon attempting to take the suspect into custody, the suspect, now recognized by Officers Eisenstein
5. and Scutari as Emmanuel SMITH began to fight with the Officers. SMITH sustained a small laceration to his forehead at the front
6. During the course of the struggle, SMITH sustained a small laceration to his forehead at the front
7. of the scalp. The area is littered with construction debris and SMITH may have struck his head
8. at some point. The Officers were able to subdue SMITH and handcuff him at which time the Officers
9. returned to the vehicle with SMITH. SMITH is known to the Officers from previous narcotics arrests
10. where SMITH fought with the Officers on that occasion as well.
D. 1. The Officers took the car keys to the vehicle and opened the vehicle. Officer Scutari checked the
2. front seat of the vehicle and found a Fleet Bank statement in the name of Emmanuel SMITH. Officer
3. Scutari also found a Fleet checkbook in the locked glove box which was in the name of Emmanuel
4. SMITH. Officer Eisenstein checked under the floor mat on the floor of the driver side of the
5. vehicle and found a small clear plastic wrapper from a cigarette package which contained eleven
6. small yellow colored plastic zip lock bags each of which contained a tan rock-like substance

**Stamford Police Department**
**INCIDENT REPORT NARRATIVE SUPPLEMENT**

INCIDENT #: 5373
YEAR: 1998
INVESTIGATING OFFICER: Narcotics Unit
INCIDENT CODE: 18
TYPE OF INCIDENT: narcotics investigation
LOCATION OF INCIDENT: 186 Greenwich Ave.
DATE REPORT SUBMITTED: 08/26/98

1. which the Officers know from training and experience resemble crack cocaine packaged for street
2. sale in ten dollar bags. SMITH was searched incident to the arrest and the Officers found a pager
3. and $93.00 cash on his person. The accused was transported to Police HQ where he was advised of
4. his Miranda warnings, booked and placed in a cell. Bond was set at $50,000.00 by Lt. Conklin.
5. Prior to being transported to HQ, the accused complained of being diabetic and he requested
6. treatment. The accused was taken to Stamford Hospital where he was checked by a physician,
7. It was determined that SMITH's sugar level was normal and that the cut on his head was of a
8. superficial nature. The accused was treated and released.
9. The approx. 1.7 grams of suspected crack cocaine was field tested by using a Valtox Field Test Kit
10. and when the sample was introduced with the reagent, the sample yielded a positive reaction for the
11. presence of cocaine. All items seized were processed as evidence and turned over to Property.
12. It was determined that SMITH is presently on probation for other offenses and that he is under the
13. supervision of Probation Officer William Anselmo. The Officers left a message with Probation to
14. contact the Officers concerning Emmanuel SMITH.
15. While at the scene, Officer Eisenstein, spoke with Marlene SMITH who the Officer observed standing
16. at the front of 186 Greenwich Ave. at the time of this arrest. The Officer knows Marlene Smith had
17. previous arrests for narcotics and weapons charges. The Officer asked Marlene Smith if she had
18. been in the company of Emmanuel SMITH and she stated that he had picked her up in the aforementioned
19. vehicle at the front of Roundtree's Variety on Stillwater Ave. and that he drove her to 186
20. Greenwich Ave. That he came into an apt. with her and then walked back to his vehicle when he was
21. then involved with the Police. The Officers had female Officer Jennifer Pinto check Marlene Smith
22. for narcotics based on the c/i information but no drug evidence was recovered from her person.
23. Marlene Smith was then released.
24. The site of the arrest 186 Greenwich Ave. is a housing complex for the elderly owned and operated
25. by the City of Stamford Housing Authority.

**Stamford Police Department**
**INCIDENT REPORT NARRATIVE SUPPLEMENT**

Case #: 98-6802?
Type of Incident: Narcotics Arrest
Date Reported: 08/26/98
Location of Incident: Greenwich + Pulaski
Investigating Officer: W/H Howard

Follow-up to Original

WBD Aug 26 98 weather clear at appox 1pm

w/o Cpl 13 zone LC2 wdt off Howard Cpl 17 zone LC was detailed to assist Ofc Greenwich and Pulaski to assist the WBS squad on narc arrest. Upon arrival Sgt 5r3 (WBS squad) stated that they needed a marked cat for a prisoner transport to SPD both the prisoner Emanuel Smith was placed in car 17. Smith refused to sign the consent as it off Howard was transporting Smith to SPD. Ofc Smith claimed he was a diabetic and requested to go to the hospital. Ofc Howard advised dispatch via radio that he was going to the Stanford Hospital with the prisoner. Upon arrival the c/o Sgt Howard and WBS squad went to Stanford visit arrival the Smith was given medical attention. Ofc Koan II Smith was given medical attention. Black sugar level at appox 300. Smith.

2 Butterfly stitches applied. Smith was released at apprl. Smith was brought to HQ + Booking.

# INVENTORY OF PROPERTY SEIZED WITHOUT A SEARCH WARRANT

**PART A**
COURT DOCKET NO.:

**PART B**
COURT DOCKET NO.: CR

FOR P.D. USE ONLY:
- [ ] WARRANT APPLIED FOR
- [ ] TO COURT

- [ ] To Court
- [ ] Destroy – No Value
- [x] Case Pending
- [ ] Return to Owner
- [ ] Prisoner's
- [ ] Juvenile

## INSTRUCTIONS
1. Do not use this form if a search warrant is used.
2. Original must be filed with the Clerk of Court.
3. In the case of an arrest, file with uniform arrest report.
4. Last copy for Police Department use.

**TO THE SUPERIOR COURT AT** (Address of court): G.A. No. 1 — 115 Hoyt Street, Stamford, CT.

**COURT APPEARANCE DATE:** 09-08-98
**ARREST:** [XX] MADE  [ ] PENDING
**POLICE CASE/RECEIPT NO.:** 98-08-26-0226
**UNIFORM ARREST REPORT NO.:**
**COMPANION CASE NO.:**

**NAME, ADDRESS AND TEL. NO. OF DEFENDANT(S)/SUBJECT(S):**
1. Smith, Emmanuel
2. 87 Myano Lane, Stamford, CT

**NAME, ADDRESS AND TEL. NO. OF COMPLAINANT(S)/OWNER(S):**
1. Stamford Police Dept.
2. 805 Bedford Street, Stamford, CT.

**TYPE OF INCIDENT:** Narcotics investigation
**TOWN OF SEIZURE:** Stamford
**DATE OF SEIZURE:** 08-26-98
**TYPE OF PROPERTY:** [ ] STOLEN  [XX] EVIDENCE  [ ] LOST/FOUND  [ ] INVESTIGATION

The following property was seized, in connection with a criminal case: (Describe type, color, serial number, etc.)

1. One (1) white K.I.T. pager, with a silver colored chain attached.
2. One (1) set of keys with a nail clipper attached, containing four individual keys.
3. One (1) fleet check book, under the name of Emmanuel B. Smith Jr., containing five (5) transaction receipts.
4. One (1) Dleet Bank Statement of Accounts sheet, under the name Emmanuel B. Smith
5. One clear plastic bag containing Eleven (11) yellow colored "Body bags", containing suspected 'Crack' cocaine. Total approx. WT: 1.7 grams.
6. $93.00 Dollars in U.S. Currency (3-10's, 9-5's, & 18-1's).
9. ***************************NOTHING FOLLOWS***************************
10.
11.
12.

If cash money was seized, enter total amount here ▶ **TOTAL AMOUNT OF CASH:** $93.00

**SIGNED (Police Officer):** D. Robinson
**(Title):** P.O.
**DATE:** 08-26-98
**DEPARTMENT:** Stamford P.D.

## PROPERTY ROOM USE ONLY

**EVIDENCE PHOTOGRAPHED:** [ ] NO  [ ] YES
**DATE:**
**REMARKS:**

| DATE OUT | REASON | BY | DATE RETURNED |
|----------|--------|-----|---------------|
|          |        |     |               |
|          |        |     |               |

(over)                    INVENTORY OF PROPERTY SEIZED

## Stamford Police Department
### INCIDENT REPORT NARRATIVE SUPPLEMENT

| | |
|---|---|
| Date Reported: | 08/26/98 |
| Location of Incident: | narcotics investigation, 186 Greenwich Ave. |
| Incident Code: | 18 |
| Investigating Officer: | Narcotics Unit |
| Incident #: | 98 08 26 0212 |

Arrested: SMITH, Emmanuel B. Jr.

Charges: Possession Narcotics 21a-279a
Possession Narcotics with intent to sell 21a-278b
Possession Narcotics within 1500 ft. Public Housing 21a-278a(b)
Interfering with Police 53a-167a

Address: 87 Myano Lane, Stamford, Ct.

DOB: 11/09/69

Bond: $50,000.00

Court: 09/08/98

Mugged and printed by Officer Martinez.




## CITY OF STAMFORD, CONNECTICUT 06901-1194

### AFFIDAVIT FOR ARREST WITHOUT WARRANT

I, the undersigned, a regular member of the STAMFORD POLICE DEPARTMENT, having been duly sworn, deposes and says:

That I am the police officer who prepared the attached police report;

Arrest/Incident Number(s) __98-0826-0226__ for the arrest of

__SMITH, EMMANUEL JR.__ on __WEDNESDAY__ __8-26-98__ __1230__
Name of Accused                            Day              Date        Time

That the information contained therein was secured as a result of:

(X) 1) My personal observation and knowledge;

or

(X) 2) Information relayed to me by other members of my police department, or of another organized law enforcement agency;

or

(X) 3) Information secured by myself or another member of an organized law enforcement agency, from the person(s) named or identified therein, as indicated in the attached report.

That the report is an accurate statement of the information so received by me.

_____
Signature of Affiant

Subscribed and sworn to, before me this __26th__ day of __August__ 19__98__.

_____
Notary
(1-24 C.G.S.)

## STAMFORD POLICE DEPARTMENT INVENTORY

| INCIDENT NO. | 9 | 8 | 0 | 8 | 2 | 6 | 0 | 2 | 2 | 6 | LOCKER NO. | |

| OWNER/FINDER | | ACCUSED | |
|---|---|---|---|
| NAME | | NAME | Smith, Emmanuel |
| ADDRESS | | ADDRESS | 87 Myano Lane |
| CITY/STATE | | CITY/STATE | Stamford, CT |

### DESCRIPTION OF ITEMS INVENTORIED

1. One white K.I.T. pager with a silver colored chain attached.

2. One (1) set of keys with nail clipper attached, containing four individual keys.

3. One (1) Fleet check book, under the name Emmanuel B. Smith, JR., containing five (5) transaction receipts.

4. One (1) Fleet Bank Statement of Accounts sheet, under the name Emmanuel B. Smith.

*************************************NOTHING FOLLOWS*******************************

| DATE | | | TIME | | | | FOUND ( ) EVIDENCE (X) STATE SHEET ( ) |
|---|---|---|---|---|---|---|---|
| 08 | 26 | 98 | 1 | 2 | 3 | 0 | SIGNATURE: P.O. D. Robinson |
| EMPLOYEE No. | | | 9 | 2 | 2 | 0 | P.O. D. Robinson |

| DATE | TIME | RECEIVER | LOCATION |
|---|---|---|---|
| | | | |

### EVIDENCE MOVEMENT CODES

INTERNAL:
1 - STAMFORD COURT
2 - JUVENILE COURT
3 - STATE LAB
4 - STAMFORD LAB
5 - STATE POLICE LAB

FINAL DISPOSITION:
6 - DESTROYED
7 - TO OWNER
8 - TO STATE
9 - MISC. (SPECIFY)

| LOCATION CODE | MOVED BY | DATE AND TIME OUT | DATE AND TIME IN | RECEIVER EMPLOYEE No. |
|---|---|---|---|---|
| | | | | |
| | | | | |

| FINAL DISPOSITION INFORMATION | CODE | DATE | TIME | EMPLOYEE No. |
|---|---|---|---|---|

OWNER'S SIGNATURE:

| | | |
|---|---|---|
| CR-98  124871  S | : | SUPERIOR COURT |
| STATE OF CONNECTICUT | : | STAMFORD/NORWALK J.D. |
| VS | : | AT STAMFORD |
| EMANUEL SMITH | : | AUGUST 27, 1998 |

BEFORE:
    THE HON. RICHARD J. TOBIN, JUDGE

APPEARANCES:
    STEVE WEISS, ESQ.,
    ASSISTANT STATE'S ATTORNEY

    TERRANCE MARTIN,
    BAIL COMMISSIONER

    HOWARD EHRING, ESQ.,
    ATTORNEY FOR THE DEFENDANT

    JENNIFER L. CONTI
    COURT MONITOR

**TRANSCRIPT EXCERPT: T8-27-98 (PAGE 1) FINDING OF PROBABLE CAUSE AT ARRAIGNMENT**

1  MR. WEISS: Emanuel Smith---line sixteen. He was
2  arrested without a warrant, charged with possession of
3  narcotics, possession with intent to sell, possession within ten
4  to fifteen hundred feet of a school or housing project.
5  THE COURT: All right, Emanuel Smith, there's
6  probable cause.

-2-

1      MR. WEISS: The State would concur, Your Honor.

2      THE COURT: Thank you.

3      MR. EHRING: Mr. Smith's matter, Your Honor. He's
4  filled out an application for our services. He appears to be
5  eligible.

6      THE COURT: Okay, Public Defender may be appointed.

7      MR. EHRING: Mr. Smith's matter, Your Honor, he's
8  filled out an application for our services, he appears to be
9  eligible. Recommend appointment, my appearance please.

10      THE COURT: That's fine.

11      MR. EHRING: Waive reading, enter a pro forma plea of
12  not guilty, jury election.

13      Mr. Smith's matter, Your Honor. Apparently he's lived
14  in the State of Connecticut for the past twenty-eight years.
15  Lived at the same address, apparently for going on eight
16  months. He has family members who are here today. Family
17  members apparently contacted me earlier down in my office.

18      While he does have a prior record, Judge, it doesn't look
19  as though he has any prior failures to appear, from the Bail
20  Commissioner's interview sheet.

21      Apparently he has a case pending in Norwalk. Certainly
22  Mr. Smith is unemployed, will not be able to post any bond on
23  his own. If we could have---a ten thousand dollar bond,
24  please.

25      THE COURT: Okay, we'll fix bond at a hundred
26  thousand dollars. What date do you want him back?

27      MR. EHRING: October eighth.

- 3 -

1         THE COURT: What date?

2         MR. EHRING: October eighth.

3         THE COURT: October eighth?

4         MR. EHRING: Yeah, I'll be gone on September

5 eighteenth for two weeks.

6         MR. SMITH: Your Honor, Your Honor, they haven't

7 given me my insulin yet.

8         THE COURT: October eighth is fine.

9         MR. EHRING: If we could have---the mittimus might

10 reflect medical attention, October eighth.

11         THE COURT: Okay, October eighth is fine.

12         MR. WEISS: Thank you.

13     *    *    *    *    *    *    *    *    *    *    *

14

15

16

17

18

19

20

21

22

23

24

25

26

27

| | | |
|---|---|---|
| CR-98 124871   S | : | SUPERIOR COURT |
| STATE OF CONNECTICUT | : | STAMFORD/NORWALK J.D. |
| VS | : | AT STAMFORD |
| EMANUEL SMITH | : | AUGUST 27, 1998 |

## CERTIFICATION

I, Jennifer L. Conti, Court Recording Monitor for the Superior Court, Fairfield County, State of Connecticut, do hereby certify that the foregoing is a true and accurate transcription of the tape recorded proceedings had in the above-entitled case.

*Jennifer L. Conti*
JENNIFER L. CONTI
COURT MONITOR