UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
EMMANUEL B. SMITH, JR.          :
                                :            PRISONER
     v.                         :   Case No.  3:03CV676 (RNC)
                                :
JOHN TARASCIO, et al.           :
```

ORDER TO SHOW CAUSE

Pursuant to the court's order, the petitioner has elected to proceed upon the sole exhausted ground in the petition for writ of habeas corpus. The petitioner claims that he was convicted based on evidence obtained in violation of the fourth amendment. The claim was addressed by the Connecticut Supreme Court in its decision reversing the trial court's ruling granting the petitioner's motion to suppress evidence seized by police officers at the time of petitioner's arrest and the dismissal of charges against the petitioner. See State v. Smith, 257 Conn. 216, 777 A.2d 182 (2001). Upon the second amended petition of Emmanuel Smith, Jr., it is hereby

ORDERED that the respondents file a response on or before **September 5, 2006,** showing cause why the relief prayed for in the second amended petition should not be granted and addressing whether the claim in the amended petition is barred by the statute of limitations.

It is further ORDERED that service by the United States Marshal of this order, together with a copy of the second amended

petition, on respondents' representative, Michael E. O'Hare, Supervisory Assistant State's Attorney, Office of the Chief State's Attorney, 300 Corporate Place, Rocky Hill, CT 06067, on or before **August 14, 2006,** shall be deemed sufficient.

SO ORDERED this 2nd day of August, 2006, at Bridgeport, Connecticut.

```
               /s/
       Holly B. Fitzsimmons
       United States Magistrate Judge
```