UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

EMMANUEL SMITH                         :
                                       :            2006 AUG 21  P 1: 52
        Petitioner,                    :
                                       :
v.                                     :   Case No. 3:03-cv-676 (RNC)
                                       :
JOHN TARASCIO, ET AL.,                 :
                                       :
        Respondents.                   :

ORDER

On  July  27,  2006,  petitioner  filed  a  motion  for  summary

judgment pursuant to Fed. R. Civ. P. 56.  Petitioner did not submit

with his motion the statement of material facts required by Local

Rule 56, which provides

> There shall be annexed to a motion for summary judgment
> a document entitled "Local Rule 56(a)1 Statement," which
> sets forth in separately numbered paragraphs meeting the
> requirements of Local Rule 56(a)3 a concise statement of
> each material fact as to which the moving party contends
> there is no genuine issue to be tried.

D.  Conn.  R.  Civ.  P.  56(a)1.  Petitioner  is  ordered  to  submit  a

Local Rule 56(a)1 statement no later than September 25, 2006.

Failure to do so may result in the dismissal of his motion.

So ordered.

Dated at Hartford, Connecticut this 21st day of August 2006.

_____
Robert N. Chatigny
United States District Judge