UNITED STATES DISTRICT COURT
District of Connecticut

Emmanuel Smith
  petitioner

v.s.

Theresa Lantz - commissioner

FILED case no. 3:03 cv 676(RNC)

Date July 22-2006

2006 JUL 27 A 9:02

U.S. DISTRICT COURT
BRIDGEPORT, CONN

Motion for Immediate Hearing and/or release.

Request for release and/or immediate hearing on this petition, also order David Strange warden of Osborn corr. Institution 335 Bilton Rd. P.O. Box 100 Somers, CT 06071 to produce the body before this honorable court. Court jurisdiction pursuant to U.S.C 2254 person in state custody, Rule 11 and any applicable rules and procedures of the federal Rules of civil procedure. Petitioner was involuntarily placed in the custody of Theresa Lantz - commissioner of connecticut Department of correction, date 12-10-02, by order of Stamford superior court G.A.1, fairfield county.

Confinement is believed illegal because of the following reason:

① sole exhausted ground for relief, conviction based on evidence obtained in violation of the Fourth Amendment and president U.S. supreme court rulings as well as 2nd cir case law.;

② Arrest was unlawful.;

③ No probable cause found for original arrest - charge of interfering 53-18

④ These previously stated acts put prosecution in violation of state law as well as federal constitutional law. Violations under state law are C.G.S sections 53-4 f(b)(d), malicious prosecution 53-39, connecticut Rules of court section 37-12 Determination of probable cause for defendant in custody; Violations under federal constitutional law are numerous and will be able at hearing if granted.;

⑤ The search of the car was incident to a nonvalid arrest.;

⑥ Previously listed grounds all refer to sole exhausted ground for habeas relief. Attached to this motion - request is previous order

August 4, 2006. Denied without prejudice to refiling after respondents file a response to the petition. So ordered.
Robert N. Chatigny, U.S.D.J.