UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **EMMANUEL B. SMITH, JR.,** | : | PRISONER |
| Petitioner | : | CIVIL NO. 3:03CV676(RNC) |
| v. | : | |
| **JOHN TARASCIO, ET AL.,** | : | SEPTEMBER 13, 2006 |
| Respondent | | |

**APPEARANCE**

Please enter the appearance of:

> MICHAEL E. O'HARE
> Supervisory Assistant State's Attorney
> Civil Litigation Bureau
> Office of the Chief State's Attorney
> 300 Corporate Place
> Rocky Hill, Connecticut 06067
> Tel. (860) 258-5887
> Fax. (860) 258-5968
> Federal Bar No. ct 05318

for the respondent.

_____
MICHAEL E. O'HARE
Supervisory Assistant State's Attorney

## **CERTIFICATION**

I hereby certify that a copy of this document was mailed to: Emmanuel B. Smith, Jr., pro se, Inmate #282549, Bridgeport Correctional Center, 1106 North Avenue, Bridgeport, CT 06604 on September 13, 2006.

_____
MICHAEL E. O'HARE
Supervisory Assistant State's Attorney