UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Emmanuel Smith
  Petitioner
v.                                        Case No. 3:03 cv 676 (RNC)
Theresa Lantz - commissioner              Date September 14, 2006

FILED
2006 SEP 18  P 4: 18
U.S. DISTRICT COURT
BRIDGEPORT, CONN

### MOTION FOR DEFAULT JUDGMENT, VACATE, SET ASIDE SENTENCE

Pursuant to Rule 55, default, no compliance with order given on 2nd day of August, 2006 which was no response - Rule 5, and Rule 35 under Rule 11.

When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default.

Wherefore the petitioner prays that this honorable court:

1.) Authorize immediate reversal of the case this habeas corpus represents; and/or

2.) Authorize petitioner immediate release from involuntary placement in Connecticut Department of Correction; and/or

3.) Any other relief this honorable court deems appropriate.

Thank you for your time in this matter,

_____
Emmanuel Smith
Petitioner

### CERTIFICATION

I (Emmanuel Smith) hereby certify that a copy of the foregoing pleading, document was mailed/presented to defendant at 24 Wolcott Hill Rd. Wethersfield, CT. 06109, Michael E. O'Hare, Supervisory Assistant State's Attorney, Office of the Chief State's Attorney, 300 Corporate Place, Rocky Hill, CT 06067, on date 9-14- , 2006
september-14

_____
Emmanuel Smith
Petitioner