UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| EMMANUEL SMITH, | : |
|     Plaintiff, | : |
|       v. | : CASE NO. 3:03CV676(RNC) |
| JOHN TARASCIO, ET AL., | : |
|     Defendants. | : |

<u>ORDER</u>

In the interest of justice, the above identified case is hereby transferred to the Honorable <u>Janet C. Hall</u>.  All further pleadings or documents in this matter should be filed with the Clerk's Office in Bridgeport and bear the docket number <u>3:03CV676(JCH)</u>.

Dated at Hartford, Connecticut this _____ day of October 2006.

                                                                            /s/
                                                                Robert N. Chatigny
                                          United States District Judge