UNITED STATES DISTRICT COURT

Emmanuel Smith, Petitioner,
v.

JOHN TAMASCIO, et al., Respondents.

Case No. 3:03 CV 676 (RNC)

FILED October 8-2006

2006 OCT 12 P 3:24
U.S. DISTRICT COURT
BRIDGEPORT, CONN

## Objection and facts why

Pursuant to Rule 12(f), that which follows is the facts that show why this supervisory Assistant states Attorney should not be given the outrage amount of extension of time requested:

1.) I've been waiting for relief as Michael E. O'Hare has stated a number of times on his request for extension of time sense April 11, 2003, and to get to this long awaited point for a response by a civil Litigation Bureau with a great number of attorneys. Two hundred twenty-five days is a out-rage and a abuse of the request for extension of time.;

2.) Blatant disregard for my rights under Habeas corpus seeking a speedier or a immediate release from unlawful physical confinement. see U.S. Const. art. 1, §9, cl.2. - Wright v. West, 505 U.S. 277, 285-90 (1992).;

3.) Actual innocence.;

4.) Respondents has shown a lack of diligence at correcting the claimed exhausted constitutional violation at my peril.;

5.) Counsel states that it was unable to contact me pro-se litigant. This statement is not true, I am a prisoner - ward of the state of Connecticut. Michael E. O'Hare is a supervisory Assistant states attorney who has direct access to me which he states a number of times in his motion certification is one statement that shows this fact to be true and page one.

6.) There is no clerical error in the record which needs a nunc pro-tunc order.

**CERTIFICATION**

Emmanuel Smith-Petitioner

I hereby certify that a copy of the foregoing document was mailed, postage prepaid, to MICHAEL E. O'HARE states Attorney civil litigation Bureau office of chief states Attorney 300 corporate place - Rocky Hill, Connecticut 06067, on October 8-2006

Emmanuel Smith - petitioner