UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **EMMANUEL B. SMITH, JR.,** | : | **PRISONER** |
| *Petitioner* | : | CASE NO. 3:03CV676(JCH) |
| | : | |
| **V.** | : | |
| | : | |
| **WARDEN JOHN TARASCIO, ET AL.,** | : | OCTOBER 31, 2006 |
| *Respondents* | : | |

## APPEARANCE

    Please enter the appearance of:

        JO ANNE SULIK
        Senior Assistant State's Attorney
        Civil Litigation Bureau
        Office of the Chief State's Attorney
        300 Corporate Place
        Rocky Hill, Connecticut 06067
        (860) 258-5887
        (860) 258-5968 (facsimile)
        E-mail: JoAnne.Sulik@po.state.ct.us
        Fed. Bar. No. ct 15122

    For all Respondents.


                /s/
        JO ANNE SULIK
        Senior Assistant State's Attorney

## **CERTIFICATION**

I hereby certify that a copy of this document was mailed to Emmanuel B. Smith, Jr., Inmate # 232549, Osborn Correctional Center, 335 Bilton Road, P.O. Box 100, Somers, Connecticut 06071, on October 31, 2006.

                                                      /s/
                                          JO ANNE SULIK
                                          Senior Assistant State's Attorney