UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

EMMANUEL SMITH

                                    PRISONER

     v.                        Case No.  3:03CV676 (JCH)

JOHN TARASCIO, et al.                November 1, 2006

RULING AND ORDER

Pending before the court is petitioner's motion for summary judgment and motion for default judgment.   For the reasons set forth below, the motions are denied

The petitioner argues that he is entitled to summary judgment in this petition for writ of habeas corpus.  Rule 56(a)1, D. Conn. Loc. Civ. R., provides:  "There shall be annexed to a motion for summary judgment a document entitled 'Local Rule 56(a)1 Statement,' which sets forth in separately numbered paragraphs a concise statement of each material fact as to which the moving party contends there is no genuine issue to be tried."  In addition, "[e]ach statement of material fact in a Local Rule 56(a) Statement . . . must be followed by a citation to (1) the affidavit of a witness competent to testify as to the facts at trial and/or (2) evidence that would be admissible at trial."  D. Conn. L. Civ. R. 56(a)3. Although the petitioner filed a document entitled Local Rule 56(a)1 Statement," each separate statement of fact is not "followed by a citation to (1) the affidavit of a witness competent to testify as to the facts at trial and/or (2) evidence that would be admissible at trial."  D. Conn. L. Civ. R. 56(a)3.    In addition, the petitioner has failed to file a memorandum in support of his motion for summary judgment as required by Local Rule 7(a), D. Conn. L. Civ. R.  Accordingly, the petitioner's Motion for Summary Judgment [**doc.**

**# 14**] is **DENIED**.

The petitioner also seeks to default the respondents for failing to file a response to the amended petition for writ of habeas corpus.   Because the court granted the respondents an extension of time until November 30, 2006, to file a response to the amended petition for writ of habeas corpus, they are not in default for failure to plead.  No default having been entered against the respondents, the Motion for Default Judgment [**doc. # 21**] is **DENIED**.

SO ORDERED this 1st day of November, 2006, at Bridgeport, Connecticut.

 /s/ Janet C. Hall
Janet C. Hall
United States District Judge