UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| | : | PRISONER |
| EMMANUEL B. SMITH, JR., | : | CASE NO.  3:03CV676(JCH) |
| *Petitioner* | : | |
| | : | |
| V. | : | |
| | : | |
| WARDEN JOHN TARASCIO, ET AL., | : | NOVEMBER 30, 2006 |
| *Respondents* | : | |

Please take notice that the respondents have manually filed the following

documents:

All Appendices To Their Motion to Dismiss

These documents have not been filed electronically because

[ X ]    the document or thing cannot be converted to an electronic format
[   ]    the electronic file size of the document exceeds 1.5 megabytes
[   ]    the document or thing is filed under seal pursuant to Local Rule of Civil
          Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[   ]    Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

Respectfully submitted,

RESPONDENTS–WARDEN JOHN
TARASCIO, ET AL.


By:    ____/s/_____
        JO ANNE SULIK
        Senior Assistant State's Attorney
        Civil Litigation Bureau
        Office of the Chief State's Attorney
        300 Corporate Place
        Rocky Hill, Connecticut 06067
        (860) 258-5887
        (860) 258-5968 (facsimile)
        E-mail: Joanne.Sulik@po.state.ct.us
        Fed. Bar. No. ct 15122

## <u>CERTIFICATION</u>

I hereby certify that a copy of this notice was mailed to Emmanuel B. Smith, Jr.,

Inmate # 232549, Osborn Correctional Center, 335 Bilton Road, P.O. Box 100, Somers,

Connecticut 06071, on November 30, 2006.


_____/s/_____
JO ANNE SULIK
Senior Assistant State's Attorney