UNITED STATES DISTRICT
DISTRICT OF CONNECTICUT

Emmanuel Smith,
petitioner,
v.

WARDEN JOHN TARASCIO, ET AL.,
Respondents.

Case No. 3-03-cv-676(JCH)

Date January 4, 2007

page ① of ②

### MOTION FOR EXTENSION OF TIME TO COMPLY WITH ORDER ON MEMORANDUM IN OPPOSITION TO THE RESPONDENTS MOTION TO DISMISS THE PETITION.

Pursuant to Rule 7(b) of the Local Rule of Civil procedure for the District of Connecticut, the petitioner hereby request an extension of time of 3 weeks, to file my memorandum in opposition. The undersigned petitioner was unable to contact the respondent in this case to determine whether he objects to the petitioner because the petitioner is currently a prisoner in the Osborn correctional institution in Somers, Connecticut, and does not have the ability to contact the outside at will also only two legal calls a month if we contact someone or not. Also no response to mail sent to respondents.

The grounds for this motion are as follows:

① Petitioners legal mail has not been given in a timely fashion;
② Petitioners has been moved to a new housing block and only has two days a week for law library - one hour for each day which come to two hours a week for law library;
③ Petitioner has not been able to get copys of legal documents that have to be sent with memorandum in opposition to the respondents motion to dismiss the petition.

Wherefore, the petitioner respectfully request this court for an extension of 3 weeks to file my memorandum in opposition to the motion to dismiss the petition, from 1/8/2007 to 1/29/2007.

Thank you for your time in this matter - respectfully submitted,

Emmanuel Smith
Petitioner  Emmanuel Smith

Osborn CI
335 Bilton Road, P.O. Box 100
Somers, Connecticut 06071

### CERTIFICATION

I hereby certify that a written copy of the foregoing document was mailed to Michael E. O'hare supervisory assistant state's attorney - civil Litigation Bureau - office of the chief state's attorney 300 corporate place Rocky Hill, Connecticut 06067 on January 4, 2007

Emmanuel Smith
petitioner