**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| EMMANUEL B. SMITH, JR.<br>Plaintiff | :<br>:<br>: |
| v. | :   CIVIL ACTION NO.<br>:   3:03-CV-00676 (JCH) |
| JOHN TARASCIO, ET AL<br>Defendants | :<br>:   JANUARY 10, 2007<br>: |

### ORDER OF TRANSFER

The Honorable Janet C. Hall hereby transfers the above-identified case to the docket of _Honorable Judge Warren W. Eginton_ for all purposes.

All future pleadings and filings in this case shall be filed with the Clerk's Office in _Bridgeport_, and bear docket number **3-03-CV-00676( WWE )**. Pleadings or documents related to this action and filed in any other seat of Court will be refused at the Clerk's Office and returned to you unfiled. [See Local Rule 7(a).]

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 10th day of January, 2007.

_____
Janet C. Hall
United States District Judge