UNITED STATES DISTRICT COURT          03cv676ext
DISTRICT OF CONNECTICUT


EMMANUEL B. SMITH, JR.          :
                                :              PRISONER
        v.                      :    Case No.  3:03CV676(WWE)
                                :
WARDEN JOHN TARASCIO, ET AL.    :


<u>RULING AND ORDER</u>

The petitioner seeks an extension of time to respond to the motion to dismiss filed by the respondents.  The Motion for Extension of Time [**doc. # 32**] is **GRANTED**.  The petitioner shall file his response on or before April 21, 2007.

**SO ORDERED** this 25th day of April, 2007, at Bridgeport, Connecticut.


                        __/s/_____
                        HOLLY B. FITZSIMMONS
                        UNITED STATES MAGISTRATE JUDGE