UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
EMMANUEL B. SMITH, JR.
                                              PRISONER
     v.                          CIVIL NO. 3:03CV676 (WWE)

JOHN TARASCIO
THERESA LANTZ
JOHN G. ROWLAND
```

## J U D G M E N T

The cause came on for consideration on the respondents' motion to dismiss the second amended petition for writ of habeas corpus before the Honorable Warren W. Eginton, Senior United States District Judge.

The Court has considered the motion and all of the related papers. On August 29, 2007, the Court filed its Ruling denying the second amended petition for writ of habeas corpus, denying the motion to dismiss as moot and further ruling that a certificate of appealability will not issue.

It is therefore, **ORDERED** and **ADJUDGED** that the second amended petition for writ of habeas corpus is denied and the case is closed.

Dated at Bridgeport, Connecticut this 31st day of August, 2007.

KEVIN F. ROWE, Clerk

By___/s/ Cynthia Earle_____

Cynthia Earle
Deputy Clerk

Entry on Docket _____